IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BROWN, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-32 E |
| | ) |
| HAMOT MEDICAL CENTER, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF PARTIES TO
## ENTER CONFIDENTIALITY ORDER

The parties to this litigation believe that the discovery process will require the disclosure of protected health information and other confidential information, and that it would serve the interests of the parties and any third parties to conduct discovery under a confidentiality order pursuant to Federal Rule of Civil Procedure 26(c).

The parties stipulate to the entry of the attached Confidentiality Order, and respectfully request the entry of the same.

                        Respectfully Submitted,

                        Leech Tishman Fuscaldo & Lampl

Dated: July 14, 2005    /s/ Patrick Sorek
                                  Patrick Sorek
                                  Pa. ID 41827

                        Citizens Bank Building, 30th Floor
                        525 William Penn Place
                        Pittsburgh, Pennsylvania 15219
                        (412) 261-1600

                        Counsel for Plaintiff, Lisa Brown, M.D.

Dated:  July 14, 2005		/s/  Ziad P. Haddad
			Kerry M. Richard
			Forrest G. Read
			Ziad P. Haddad
			Tobin O'Connor Ewing & Richard
			5335 Wisconsin Avenue, NW, Suite 700
			Washington, DC  20015


Dated:  July 14, 2005		/s/ Mark Kuhar
			Mark Kuhar
			Knox McLaughlin Gornall & Sennett
			120 West Tenth Street
			 Erie, Pennsylvania 16501-1461

			Counsel for Defendant
			Hamot Medical Center