IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |  |
|---|---|---|
| LISA BROWN, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-32 E |
| | ) | |
| HAMOT MEDICAL CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Upon consideration of plaintiff's Motion to Compel, such Motion is GRANTED. Accordingly:

1.   Defendant shall provide full and complete responses, including document production, to plaintiff's First Request for Production of Documents in eleven days.

2.   Defendant shall provide requested documents for all residents of the orthopedic residency program from 1995 forward.

3.   Defendant shall identify which documents produced are responsive to particular document requests.

SO ORDERED this ___ day of November, 2005.

                                                                                              _____
                                                                                              Maurice B. Cohill, Jr.
                                                                                              United States Senior District Judge