IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BROWN, M.D. | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-32 Erie |
| HAMOT MEDICAL CENTER, | ) |
| Defendant. | ) |

### ORDER

AND NOW, to-wit, this 14th day of November, 2005, IT IS HEREBY ORDERED THAT the defendant shall file a response to "Plaintiff's Renewed Motion to Compel" (Doc. 19) on or before November 21, 2005.

IT IS FURTHER ORDERED THAT counsel shall appear before the court for a status conference to discuss this discovery dispute on Dec. 6, 2005, at 11:30 o'clock a.m. in Erie, Pennsylvania. In the event that such status conference shall become unnecessary, plaintiff's counsel shall notify the court in writing no later than Dec. 2, 2005 that said status conference may be canceled.

Maurice B. Cohill, Jr.
Senior United States District Judge

cc:   Patrick Sorek, Esq. (Via CM/ECF)

Forrest G. Read, IV, Esq.(Via facsimile and mail)
Kerry M. Richard, Esq. (Via facsimile and mail)
Ziad Haddad, Esq.(Via facsimile and mail)

AO72A
(Rev.8/82)