## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BROWN, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-32E |
| | ) |
| HAMOT MEDICAL CENTER, | ) |
| | ) |
| Defendant, | ) |

### **ORDER**

Upon consideration of Plaintiff's Renewed Motion To Compel, and defendant's opposition thereto, it is this _____ day of _____, 2005, hereby

ORDERED, that Plaintiff's Renewed Motion To Compel be, and the same hereby is, DENIED.

_____
Maurice B. Cohill, Jr.
United States Senior District Judge

Copies to:

Kerry M. Richard, Esq.
Ziad P. Haddad, Esq.
Forrest G. Read, IV, Esq.
TOBIN, O'CONNOR, EWING & RICHARD
5335 Wisconsin Avenue, N.W. Suite 700
Washington, D.C.  20015

Mark J. Kuhar, Esq.
KNOX McLAUGHLIN GORNALL & SENNETT, P.C.
120 West Tenth Street
Erie, PA  16501-1461

Patrick Sorek, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 30th Floor
Pittsburgh, PA  15219