IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BROWN, M.D., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 05-32 E |
| | ) |
| HAMOT MEDICAL CENTER, | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

Upon consideration of the parties' Joint Motion To Extend Deadlines, and good cause having been shown, it is this _____ day of _____, 2006, hereby

ORDERED, that the Joint Motion To Extend Deadlines be, and the same hereby is, GRANTED; and it is further

ORDERED, that the parties shall complete discovery on or before _____, 2006; and it is further

ORDERED, that the parties shall file motions for judgment on the pleadings, for summary judgment, or to dismiss, if appropriate, on or before _____, 2006. Responses to such motions shall be filed on or before _____, 2006. Any reply briefs shall be due fifteen (15) days after receipt of the Response; and it is further

ORDERED, that plaintiff's pretrial statement shall be filed on or before _____, 2006.

_____
Maurice B. Cohill, Jr.
Senior United States District Judge

cc:    Counsel of record