IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BROWN, M.D., | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 05-32E |
| | ) |
| HAMOT MEDICAL CENTER, | ) |
| | ) |
| Defendant | ) |

## REVISED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, counsel for defendant Hamot Medical Center will take the deposition under oath of plaintiff Lisa Brown beginning on Thursday, December 15, 2005 at 12:00 p.m. and continuing on Saturday, December 17, 2005 at 9:00 a.m. at the law offices of Knox, McLaughlin, Gornall & Sennett, P.C., 120 West Tenth Street, Erie, Pennsylvania 16501-1461, or at such other place and time as counsel shall mutually agree.

The purpose of the deposition is to inquire into all matters which relate to this action. The testimony will be recorded by stenographic means.

Respectfully submitted,

TOBIN, O'CONNOR, EWING & RICHARD

By _____
Kerry M. Richard, Esq.
Ziad P. Haddad, Esq.
Forrest G. Read, IV, Esq.
5335 Wisconsin Ave., N.W. Suite 700
Washington, DC 20015
(202) 362-5900

Counsel for Defendant
Hamot Medical Center

EXHIBIT 2

Local Counsel:

KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.
Mark J. Kuhar, Esq.
120 West Tenth Street
Erie, Pennsylvania 16501-1461
(814) 459-2800

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by telecopy and by first class, United States mail, postage pre-paid on the 8th day of December, 2005 on the following:

Patrick Sorek, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 30th Floor
Pittsburgh, PA 15219

_____
Ziad Haddad