IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BROWN, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-32E |
| | ) |
| HAMOT MEDICAL CENTER, | ) |
| | ) |
| Defendant, | ) |

## ORDER

Upon consideration of Defendant's Motion To Compel Plaintiff To Appear For The Completion Of Her Deposition ("Defendant's Motion To Compel"), and plaintiff's opposition thereto, it is this 30th day of January, 2006, hereby

ORDERED, that Defendant's Motion To Compel be, and the same hereby is, GRANTED; and it is further

ORDERED, that within 14 days of this Order, plaintiff Lisa Brown shall appear for the completion of her deposition, unless a different time is mutually agreed upon by the parties; and it is further

ORDERED, that plaintiff shall reimburse defendant for all fees and costs incurred in connection with Defendant's Motion To Compel and in connection with the completion of plaintiff's deposition. Defendant shall submit a statement of said fees and costs for the Court's consideration.

_____
Maurice B. Cohill, Jr.
United States Senior District Judge

Copies to:

Kerry M. Richard, Esq.
Ziad P. Haddad, Esq.
Forrest G. Read, IV, Esq.
TOBIN, O'CONNOR, EWING & RICHARD
5335 Wisconsin Avenue, N.W. Suite 700
Washington, D.C. 20015

Mark J. Kuhar, Esq.
KNOX McLAUGHLIN GORNALL & SENNETT, P.C.
120 West Tenth Street
Erie, PA 16501-1461

Patrick Sorek, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 30th Floor
Pittsburgh, PA 15219

2