IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA BROWN, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-32 E |
| | ) | |
| HAMOT MEDICAL CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Upon consideration of the parties' Joint Motion To Extend Deadlines, and good cause having been shown, it is this 30th day of January, 2006, hereby

ORDERED, that the Joint Motion To Extend Deadlines be, and the same hereby is, GRANTED; and it is further

ORDERED, that the parties shall complete discovery on or before March 20, 2006; and it is further

ORDERED, that the parties shall file motions for judgment on the pleadings, for summary judgment, or to dismiss, if appropriate, on or before May 8, 2006. Responses to such motions shall be filed on or before June 12, 2006. Any reply briefs shall be due fifteen (15) days after receipt of the Response; and it is further

ORDERED, that plaintiff's pretrial statement shall be filed on or before July 31, 2006.

_Maurice B. Cohill, Jr._
Maurice B. Cohill, Jr.
Senior United States District Judge

cc:   Counsel of record