IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BROWN, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-32 E |
| ) | |
| HAMOT MEDICAL CENTER, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Upon consideration of Plaintiff's Motion for Partial Reconsideration of January 30, 2006 Order Granting Motion to Compel, plaintiff's Motion is GRANTED. Accordingly:

1. Plaintiff's deposition shall continue for a maximum of three-and-a-half hours.

2. Plaintiff is relieved of the payment of expenses as initially provided in the Court's January 30, 2006 Order granting defendant's motion to compel.

SO ORDERED this ___ day of _____, 2006.

_____
Maurice B. Cohill, Jr.
United States Senior District Judge