IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISA BROWN, M.D.** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**HAMOT MEDICAL CENTER,** )<br>)<br>**Defendant.** ) | Civ. No. 05-32 Erie |

**ORDER**

AND NOW, to-wit, this **17th** day of February, 2006, it is hereby ORDERED ADJUDGED and DECREED that Plaintiff's Motion for Partial Reconsideration of January 30, 2006 Order Granting Motion to Compel (Doc. 27) be and hereby is GRANTED to the extent that Plaintiff's deposition shall continue for a maximum of three-and-half-hours.

IT IS FURTHER ORDERED that the Court shall defer ruling on the remaining issues of Plaintiff's Motion for Partial Reconsideration of January 30, 2006 Order Granting Motion to Compel.

                                                   _s/ Maurice B. Cohill, Jr._
                                                   Maurice B. Cohill, Jr.
                                                   Senior United States District Judge

cc:    counsel of record (via electronic mail)