IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA BROWN, M.D., | ) | Civil Action No. 05-32E |
| | ) | Judge Maurice B. Cohill, Jr. |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ELECTRONICALLY FILED |
| | ) | |
| HAMOT MEDICAL CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO QUASH OR MODIFY SUBPOENA

AND NOW, come Drs. John Lubahn, Mary Beth Cermack, John Hood, D. Patrick Williams, David Babins, Gary Cortina, Nick Stefanovski, Vincent Rogers, John Kastrup and Mark Suprock, by and through their counsel, Knox McLaughlin Gornall & Sennett, P.C., and file this Motion to Quash or Modify Subpoena requesting that the Court quash requests 7 and 8 in the Subpoena Plaintiff has served on these doctors. In support of this Motion, these doctors incorporate by reference their supporting Brief.

Respectfully submitted,

KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.


BY: /s/      Mark J. Kuhar
     Mark J. Kuhar, Esq.
     120 West Tenth Street
     Erie, Pennsylvania 16501-1461
     Phone: (814) 459-2800
     Fax: (814) 453-4530
     E-mail: mkuhar@kmgslaw.com
     Bar No.: PA71185

>Local Counsel for the Third Party
>Doctors:  John Lubahn, M.D.,
>John Hood, M.D., Gary Cortina, M.D.,
>Mary Beth Cermack, M.D.,
>D. Patrick Williams, M.D.,
>David Babins, M.D., Mark Suprock, M.D.,
>Nick Stefanovski, M.D., John Kastrup, M.D.,
>and Vincent Rogers, M.D.

# 664580