IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA BROWN, M.D., | ) | Civil Action No. 05-32E |
| | ) | Judge Maurice B. Cohill, Jr. |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ELECTRONICALLY FILED |
| | ) | |
| HAMOT MEDICAL CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

## **PROPOSED ORDER**

AND NOW, this ___, day of _____, 2006, upon consideration of Drs. John Lubahn, Mary Beth Cermack, John Hood, D. Patrick Williams, David Babins, Gary Cortina, Nick Stefanovski, Vincent Rogers, John Kastrup and Mark Suprock's Motion to Quash or Modify Subpoena, it is hereby **ORDERED** that said motion is **GRANTED**. Requests 7 and 8 in the subpoena Plaintiff served on these doctors are hereby quashed.

BY THE COURT

_____
J.

# 664582