IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BROWN, M.D., | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 05-32-E |
| HAMOT MEDICAL CENTER, | ) |
| Defendant, | ) |
| DR. JOHN LUBAHN, et al., | ) |
| Movants. | ) |

O R D E R

AND NOW, this 5th day of April, 2006, upon consideration of the Movants' Motion to Quash or Modify Subpoena (document No. 31) and Brief in Support thereof filed in the above-captioned matter on March 31, 2006,

IT IS ORDERED that the plaintiff file a response no later than April 14, 2006.

s/Maurice B. Cohill, Jr.
Senior United States District Judge

cc/ecf:   Patrick Sorek, Esquire
          Forrest G. Read, IV, et al., Esquires
          Mark J. Kuhar, Esquire