IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BROWN, M.D., | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 05-32 E |
| HAMOT MEDICAL CENTER, | ) |
|     Defendant. | ) |

**ORDER**

Upon consideration of the parties' Joint Motion to Extend Deadlines and Stay Proceedings and Joint Request for Court-Ordered Mediation Before a Magistrate Judge ("Motion"), and good cause having been shown, it is this _____ day of _____, 2006, hereby

ORDERED, that the Joint Motion be, and the same hereby is, GRANTED; and it is further

ORDERED, that the parties shall complete discovery on or before April 21, 2006; and it is further

ORDERED, that from and after April 21, 2006, all further proceedings in this matter shall be stayed pending the completion of mediation;

ORDERED, that the parties shall submit to mediation before a magistrate judge of the Pittsburgh branch of the United States District Court for the Western District of Pennsylvania at the earliest mutually available date after May 15, 2006.  Counsel for the parties shall submit to the Court their available dates for said mediation on or before April 21, 2006.

ORDERED, that in the event that mediation does not resolve this matter in its entirety, the parties shall file dispositive motions, if appropriate, within forty-five (45) days following the

2

end of the mediation.  Responses to such motions shall be filed thirty (30) days after receipt of any such motion and any reply briefs shall be due fifteen (15) days after receipt of the Response; and it is further

ORDERED, that plaintiff's pretrial statement shall be filed on or before _____, 2006.

_____
Maurice B. Cohill, Jr.
Senior United States District Judge

cc:    Counsel of record