IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BROWN M.D., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civ. No. 05-32E |
| ) | |
| HAMOT MEDICAL CENTER, ) | |
| ) | |
| Defendant ) | |

## ORDER

And now, to wit, this 13th day of April, 2006, the Court having received a "Joint Motion to Extend Deadlines and Stay Proceedings: and Joint Request For Court-Ordered Mediation Before a Magistrate Judge" (Doc. 34), said proceedings in this matter shall be stayed on the following terms and conditions:

1. The discovery deadline is extended to April 21, 2006 to allow completion of one final deposition by Plaintiff;

2. The parties may agree on the choice of a Pittsburgh-based magistrate judge to act as mediator;

3. The parties shall notify the Court of their choice, and the Court will consult with said magistrate judge to determine his/her availability;

4. If said magistrate judge can act as mediator, the parties and said magistrate judge shall work out a mutually agreeable schedule for the mediation, but in no event shall such mediation take place later than June 15, 2006.

5. If the mediation is unsuccessful the parties shall immediately notify the Court, and a revised case management order will be issued.

*Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr.
Senior District Court Judge