IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BROWN, M.D., )<br>)<br>Plaintiff, )<br>)<br>v.   )<br>)<br>HAMOT MEDICAL CENTER, )<br>)<br>Defendant. ) | Civil Action No. 05-32 E |

O R D E R

Upon consideration of plaintiff's uncontested Motion to file Exhibits under Seal, such Motion is GRANTED. The Clerk of Court is directed to file under seal the exhibits to document number 37; Plaintiff's Brief in Opposition to the Motion to Quash or Modify Subpoenas.

SO ORDERED this ___ day of April, 2006.

_____
Maurice B. Cohill, Jr.
United States Senior District Judge