

# KNOX McLAUGHLIN GORNALL & SENNETT

*A Professional Corporation*

120 West Tenth Street
Erie, Pennsylvania 16501-1461
814-459-2800
Fax 814-453-4530
www.kmgslaw.com

Mark J. Kuhar
Direct Dial Number
814-459-9886 Ext. 250
mkuhar@kmgslaw.com

April 4, 2006

RICHARD H. ZAMBOLDI
JACK M. GORNALL
HARRY K. THOMAS
MICHAEL A. FETZNER
JAMES T. MARNEN
MICHAEL J. VISNOSKY
DONALD E. WRIGHT, JR.
RICHARD W. PERHACS
ROBERT G. DWYER
R. PERRIN BAKER
MARK E. MIODUSZEWSKI
CARL N. MOORE
DAVID M. MOSIER
THOMAS A. TUPITZA
GUY C. FUSTINE
RICHARD E. BORDONARO
BRIAN GLOWACKI
JOHN O. DODICK
FRANCIS J. KLEMENSIC
TIMOTHY M. SENNETT
WILLIAM C. WAGNER
PATRICIA K. SMITH
MARK T. WASSELL
RICHARD A. LANZILLO
JOANNA K. BUDDE
PETER A. PENTZ
MARK G. CLAYPOOL
THOMAS C. HOFFMAN II
MARK J. KUHAR
CHRISTOPHER J. SINNOTT
TIMOTHY M. ZIEZIULA
JENNIFER E. GORNALL-ROUCH
MARK A. DENLINGER
JEROME C. WEGLEY
TRACEY D. BOWES
NEAL R. DEVLIN
NADIA A. HAVARD

OF COUNSEL
WILLIAM C. SENNETT
EDWIN L.R. McKEAN

Patrick Sorek, Esquire
Leech Tishman Fuscaldo & Lampl
125 William Penn Place, 30th Floor
Pittsburgh, PA 15219

RE:  Brown v. Hamot Medical Center
      C.A. No. 05-32 Erie

Dear Mr. Sorek:

I write on behalf of John Lubahn, M.D., John Hood, M.D., Gary Cortina, M.D., Vincent Rogers, M.D., Mary Beth Cermack, M.D., Mark Suprock, M.D., John Kastrup, M.D., D. Patrick Williams, M.D., David Babins, M.D. and Nick Stefanovski, M.D. (collectively, "Third Party Doctors") and submit the following response to the subpoena issued February 27, 2006.

The Third Party Doctors object to Request Nos. 1 through 6 and 9 through 14 as being unduly burdensome and oppressive in both the nature and time period of the requests. The Third Party Doctors further object on the basis that these requests are irrelevant and appear to be intended to harass and embarrass them. Without waiving these objections, the Third Party Doctors have no documents responsive to Request Nos. 1 through 6 and 9 through 14.

The Third Party Doctors object to Request Nos. 7 and 8 as being unduly burdensome and oppressive in both the nature and time period of the requests. The Third Party Doctors further object on the basis that these requests are irrelevant and appear to be intended to harass and embarrass them. The Third Party Doctors incorporate, by reference, their Motion to Quash or Modify Subpoena and brief in support thereof.



EXHIBIT C

Patrick Sorek, Esq.
April 4, 2006
Page 2

Please contact me if you have any questions or concerns.

Very truly yours,

KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.

Mark J. Kuhar

MJK/hm
# 664718

c:   Dana Ashley, Employee Relations
     Hamot Medical Center

     Kerry Richard, Esq.