IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BROWN, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-32 E |
| ) | |
| HAMOT MEDICAL CENTER, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of plaintiff's uncontested Motion to file Exhibits under Seal, such Motion is GRANTED. The Clerk of Court is directed to file under seal the exhibits to document number 37; Plaintiff's Brief in Opposition to the Motion to Quash or Modify Subpoenas.

SO ORDERED this 21st day of April, 2006.

Maurice B. Cohill, Jr.
United States Senior District Judge