IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Lisa Brown, M.D. )
)
)
)
vs. )    05-32E
Hamot Medical Center )
)
)
Defendants )

HEARING ON _Motion to Quash_

Before _Hon. Maurice B. Cohill, Jr._

Patrick Sorek, Esq.                via        Kerry Williams, Esq - Hamot
                                   telephone  Mark Kuhar, Esq. - Third
                                              Party Subpoena
Appear for Plaintiff                          Appear for Defendant

Hearing Begun  10:00 am  4-24-06          Hrg Adjourned to _____
                → 10:30 a.m
Hrg concluded C.A.V.  4-24-06             Stenographer Mickey Powers

WITNESSES
For Plaintiff                              For Defendant

Court hears argument on motion to quash and
grants motion. Order to be entered.