IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA BROWN, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-32 E |
| | ) | |
| HAMOT MEDICAL CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the defendant's Motion for Issuance of Revised Case Management Order and any opposition thereto, and good cause having been shown, it is this _____ day of _____, 2006, hereby

ORDERED, that the defendant's Motion for Issuance of Revised Case Management Order be, and the same hereby is, GRANTED; and it is further

ORDERED, that the following schedule of deadlines and events shall be, and the same hereby is, set in this case:

| | |
|---|---|
| Dispositive Motions Due | August 15, 2006 |
| Oppositions to Dispositive Motions Due | September 15, 2006 |
| Reply to Oppositions Due | September 29, 2006 |
| Dispositive Motions Decided | November 3, 2006 |
| Plaintiff's Pretrial Statement Due | November 24, 2006 |
| Defendant's Pretrial Statement Due | December 8, 2006 |
| Motions in Limine Due | January 5, 2007 |
| Oppositions to Motions In Limine Due | January 15, 2007 |

Pretrial Conference                                                                    January \_\_\_\_, 2007 at _____

_____
Maurice B. Cohill, Jr.
Senior United States District Judge

cc:     Counsel of record

Case 1:05-cv-00032-MBC   Document 46-2   Filed 07/12/2006   Page 2 of 2