IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA M. BROWN, M.D., | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 05-32-E |
| HAMOT MEDICAL CENTER, | ) |
| Defendant. | ) |

O R D E R

AND NOW, this 13th day of July, 2006, upon consideration of Defendant's Motion for Issuance of Revised Case Management Order (document No. 46) filed in the above-captioned matter on July 12, 2006,

IT IS HEREBY ORDERED that:

1. Motions for judgment on the pleadings, for summary judgment, or to dismiss, if appropriate, shall be filed on or before August 15, 2006. All such motions shall be accompanied by a brief. Responses to such motions shall be accompanied by briefs and filed on or before September 15, 2006. Any reply briefs shall be filed on or before September 29, 2006.

2. If the parties do not file motions for judgment on the pleadings, for summary judgment, or to dismiss, plaintiff's pretrial narrative statement shall comply with Local Rule 16.1.4A and be filed on or before August 29, 2006.

3. If such dispositive motions are filed, and they are denied, plaintiff's pretrial narrative statement shall comply with

Local Rule 16.1.4A and be filed within twenty-one (21) days after the Court's decision.

   4. Defendant's pretrial narrative statement shall comply with Local Rule 16.1.4B and be filed within twenty-one (21) days of the filing of plaintiff's pretrial statement.

   5. A pretrial conference shall be scheduled by the Court upon receipt of all pretrial statements.

           _____
           Senior United States District Judge

cc/ecf: Counsel of record