IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BROWN, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-32 E |
| ) | |
| HAMOT MEDICAL CENTER, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

In accordance with Federal Rule of Civil Procedure 56, Local Rule 56.1, and the court's June 21, 2005 Case Management Order, as modified, Lisa Brown hereby moves for partial summary judgment on certain claims for breach of contract.

The questions on which Brown seek summary judgment are more fully set forth in the accompanying Concise Statement of Material Facts in Support of Lisa Brown's Motion for Summary Judgment, Brief in Support of Motion for Summary Judgment, and Appendix in Support of Motion for Summary Judgment, to which the court is respectfully referred.

Respectfully submitted,

Leech Tishman Fuscaldo & Lampl

By: /s/ Patrick Sorek
Patrick Sorek
Pa ID No. 41827
Alisa N. Carr
Pa. I.D. No. 56658
525 William Penn Place, 30th Floor
Pittsburgh, Pennsylvania 15219
412-261-1600

Date: August 15, 2006