IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BROWN, M.D., | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 05-32 E |
| HAMOT MEDICAL CENTER, | ) ) ) |
| Defendant. | ) ) |

ORDER

Upon consideration of the Motion for Partial Summary Judgment filed by Lisa Brown and defendant's opposition, such Motion is GRANTED. The court hereby finds that:

1. Hamot committed a material breach of the parties' April 8, 2003 contract in Dr. Brown's termination from the Program.

2. Hamot committed a material breach of the parties' April 8, 2003 contract by failing to comply with Hamot's Advancement and Dismissal Policy for orthopedic residents.

3. Lisa Brown may present evidence at trial as to her damages for Hamot's material breach of the parties' employment contract.

SO ORDERED this _____ day of _____, 2006

_____
Maurice B. Cohill
Senior United States District Court Judge