## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISA BROWN, M.D.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-32E |
| | ) |
| **HAMOT MEDICAL CENTER,** | ) |
| | ) |
| Defendant, | ) |

### ORDER

Upon consideration of defendant Hamot Medical Center's Motion for Summary Judgment, and any opposition thereto, it is this _____ day of _____, 2006, hereby

ORDERED, that Defendant Hamot Medical Center's Motion for Summary Judgment be, and the same hereby is, GRANTED; and it is further

ORDERED, that any and all claims asserted against Hamot Medical Center in plaintiff Lisa Brown's Complaint be DISMISSED.

_____
Maurice B. Cohill, Jr.
United States Senior District Judge

Copies to:

Kerry M. Richard, Esq.
Ziad P. Haddad, Esq.
Forrest G. Read, IV, Esq.
TOBIN, O'CONNOR, EWING & RICHARD
5335 Wisconsin Avenue, N.W. Suite 700
Washington, D.C.  20015

Mark J. Kuhar, Esq.
KNOX McLAUGHLIN GORNALL & SENNETT, P.C.
120 West Tenth Street
Erie, PA  16501-1461

Patrick Sorek, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 30th Floor
Pittsburgh, PA  15219