Page 1

# FOR ELECTRONIC RESIDENCY APPLICATION SERVICE (ERAS) USE ONLY
## OFFICIAL ACADEMIC TRANSCRIPT
### NORTHEASTERN OHIO UNIVERSITIES COLLEGE OF MEDICINE

Office of Student Services, P.O. Box 95, 4209 St. Rt. 44, Rootstown, OH 44272 (330) 325-2511

Lisa Brown
Birthdate: 02/03/1964
Admit Type Program: MD
MD Degree Conferred: None
Honors and Awards:

ID: 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

Class Standings:
Freshman Medical Year: Fourth Quartile from Top
Sophomore Medical Year: Fourth Quartile from Top
Junior Medical Year:
Overall: Fourth Quartile from Top

National Board of Medical Examiners:
Part I Date: 07/99  Score: 186 Pass
Part II Date: 08/00  Score: 215 Pass

Colleges/Universities Previously Attended/Degrees:
John Carroll University B.S. 05/23/93
John Carroll University M.A. 09/05/1997

| | Grade | | Grade |
|---|---|---|---|
| **1997-98** | | **Term 3** | |
| **Freshman Medical Year (M-1)** | | Princ. of Med. Science | 76 hrs  S |
| **Basic Medical Sciences** | | Pharmacology | 24 hrs  S |
| **Term 1** | | Organ Systems Radiology | 32 hrs  S |
| Neurobiology | 101 hrs  S | Organ Systems Pathology | 48 hrs  S |
| Microscopic Anatomy | 90 hrs  S | Introduct. to Clinical Medicine | 48 hrs  S |
| Human Anatomy | 90 hrs  S | Term 3 Subtotal | 227 hrs |
| Biochem./Mole. Pathology | 44 hrs  S | TOTAL M-2 CLOCK HOURS | 843 hrs |
| Behavioral Sciences | 36 hrs  S | **Junior Medical Year (M-3)** | |
| Term 1 Subtotal | 361 hrs | **Core Clerkships** | |
| **Term 2** | | Family Medicine (08/30/1999-10/08/1999) | 6 wks  CM |
| Physiology | 71 hrs  S | Int. Medicine (03/27/2000-06/02/2000) | 10 wks  H |
| Microbiology/Immunology | 67 hrs  S | OB/GYN (11/29/1999-01/28/2000) | 8 wks  CM |
| Human Anatomy | 76 hrs  S | Pediatrics (01/31/2000-03/24/2000) | 8 wks  H |
| Biochem./Molec. Pathology | 45 hrs  S | Surgery (06/05/2000-08/11/2000) | 10 wks  CM |
| Behavioral Sciences | 25 hrs  H | **Senior Medical Year (M-4)** | |
| Term 2 Subtotal | 284 hrs | **Medical Electives, Prim. Care Preceptorship,** | |
| **Term 3** | | **Community Med. Clerkship, Human Values in Med.** | |
| Physiology | 56 hrs  S | Orthopedic Surgery | 4 wks  S |
| Microbiology/Immunology | 38 hrs  S | (08/02/1999-08/27/1999) | |
| Medical Problems I-Terms 2 and 3 | 27 hrs  P | | |
| Medical Genetics | 18 hrs  H | *************END OF RECORD************* | |
| General Pathology | 40 hrs  S | *************END OF RECORD************* | |
| Biochem./Mole. Pathology | 39 hrs  S | | |
| Behavioral Sciences | 11 hrs  S | | |
| Term 3 Subtotal | 229 hrs | | |
| TOTAL M-1 CLOCK HOURS | 874 hrs | | |

_Anita Pok..._  SEP 29 2000
Registrar Signature     Date

**1998-99**
**Sophomore Medical Year (M-2)**
**Organ System Pathophysiology &**
**Introduction to Clinical Medicine**
**Term 1**
Princ. of Med. Science ............ 127 hrs  S
Pharmacology ...................... 39 hrs  S
Organ Systems Radiology ........... 41 hrs  S
Organ Systems Pathology ........... 81 hrs  S
Introduct. to Clinical Medicine ... 74 hrs  S
  Term 1 Subtotal ................. 362 hrs
**Term 2**
Princ. of Med. Science ............ 79 hrs  S
Pharmacology ...................... 27 hrs  S
Organ Systems Radiology ........... 36 hrs  S
Organ Systems Pathology ........... 51 hrs  S
Introduct. to Clinical Medicine ... 61 hrs  H
  Term 2 Subtotal ................. 254 hrs



DEPOSITION EXHIBIT
BROWN
No. 4

## NORTHEASTERN OHIO UNIVERSITIES COLLEGE OF MEDICINE

### Academic Transcript Guide

#### TRANSCRIPT CERTIFICATION

This transcript is official only when signed by the Registrar and impressed with the NEOUCOM seal in the location noted on the front of the transcript.

#### ACCREDITATION

The Northeastern Ohio Universities College of Medicine is accredited by the Liaison Committee on Medical Education of the American Medical Association and the Association of American Medical Colleges.

#### GRADES AND ACADEMIC REQUIREMENTS

H - Honors; S - Satisfactory; U - Unsatisfactory; I - Incomplete; W - Withdrawn; AU - Audit; #S-Credit (used in 1983-84 academic year and effective again with 1991-92 academic year); P - Pass or F - Fail which were used only with the Medical Problems I course in 1997-98 and 1998-99 and with the Community Medicine Clerkship grade in the 1996-97 and 1997-98 academic years; CM - Commendation (which is used only for M-3 Clerkships and became effective with the 1996 - 97 academic year).

Introduction to Clinical Medicine, M-2 (sophomore medical year) course was changed from Principles of Ambulatory Care effective in the 1990-91 academic year. The course did not award H (Honors) grades from the 1985-86 through the 1987-88 academic year and effective again from the 1991-92 through the 1993-94 academic years.

The Community Medicine Clerkship, M-4, became a senior year requirement in the 1995-96 academic year and was graded based on a pass/fail system (P=pass, F=fail) effective with the 1996-97 academic year.

Students are required to register for Step 1 and Step 2 of the United States Medical Licensing Examination (effective 6/92) or Part I and Part II of the National Board of Medical Examiners (through 9/91) as candidates and achieve a passing score on these examinations as determined by the Academic Review and Promotions (ARP) Committee. Effective in July, 1992, all students must pass the College's Clinical Competence Assessment and receive ACLS certification to be certified for graduation.

Students are certified for promotion from year to year in the curriculum and for graduation by the ARP Committee.

In addition to the permanent grade record of this transcript, the Office of Student Services maintains a file on each student consisting of narrative evaluations of student performance. Each student has the right either to include his/her class rank on the transcript or have confidentiality maintained regarding this measure.

#### CURRICULAR EXTENSION, REPETITION, WITHDRAWAL, DISMISSAL, OR LEAVE OF ABSENCE

Curricular extension, repetition, withdrawal, dismissal, leave of absence or special clinical experiences will be noted on the transcript.

The following symbols could be indicated on the transcript of a student in one of the above situations:

CU or C - The notation of Conditional (CU or C) does not usually appear on the permanent transcript. It serves as a temporary designation, assigned in the case of marginal performance, to be adjusted via remediation either to Satisfactory or Unsatisfactory. In the case of students repeating a year, course, or clerkship unremediated CUs or Cs will appear on the transcript in the first attempt at taking the courses, because the students were required to repeat the courses in question. A Conditional grade remains on the transcript without change if a student is not permitted the opportunity to remediate or withdraws from the College of Medicine before remediating. CU and C are equivalent symbols.

* - Indicates a repeat of a course in which a grade of at least "Satisfactory" was earned in both the original taking and the repeating of the course. This symbol was used during academic years 1978-79 through 1980-81 only.

#### EXPLANATION OF NEOUCOM CLASS RANK

Prior to academic year 1986-87, class rank was calculated overall only, not yearly. Since 1986-87, class rank has been computed yearly and overall for students who have been enrolled at NEOUCOM beginning with M-1 (freshman medical year). Only yearly, not overall, class rank has been computed for Advanced Standing transfer students. Since 1988-89 class rank has not been computed for M-4 (senior medical year), and M-4 grades have not been included in overall class rank. In the case of students repeating a year of the curriculum, the grades earned during both years are averaged to provide one class rank for the year of the curriculum. The M-3 and overall ranks reported may only be interim ranks until all M-3 grades for all class members are final.

#### THE COLLEGE OF MEDICINE

Northeastern Ohio Universities College of Medicine was established by the Ohio Legislature in 1973 in consortium with three major public universities of Ohio: The University of Akron, Kent State University and Youngstown State University.

The combined BS/MD degree curriculum consists of two calendar years C-1 and C-2 (formerly termed Year I and Year II) of Phase I (undergraduate) curriculum taught at the consortium universities, and a four-year Phase II (medical) curriculum taught at the Basic Medical Sciences Campus in Rootstown and at the associated hospitals. Students enter the medical curriculum (Phase II) via either promotion from Phase I (BS/MD students) or direct acceptance from more traditional premedical background (MD Program or Direct Entry students). Clinical Advanced Standing (transfer) students enter the program at the second or third medical year (M-2 or M-3). Effective in 1993, all Phase II grade levels were termed M-1, M-2, M-3, M-4, which is changed from Year III, Year IV, Year V, and Year VI.

For clinical teaching facilities, the College of Medicine is associated with seventeen hospitals in the metropolitan areas of Akron, Canton and Youngstown.

#### CALENDAR

The M-1 (freshman medical year) and M-2 (sophomore medical year) calendars are three terms each: Term 1 is approximately 15 weeks in length; Terms 2 and 3 are approximately ten weeks each in length.

The M-3 (junior medical year) calendar has varied 48-54 weeks in length and involves rotations through the basic inpatient services of medicine: Medicine, Surgery, Pediatrics, Obstetrics/Gynecology, and Psychiatry, Family Practice (effective with the 1991-92 academic year) and Primary Care Preceptorship (through 1994-95). Effective with 1990-91 academic year, the Primary Care Preceptorship is noted by "PCP."

The M-4 (senior medical year) calendar has varied with the following: 11 four-week elective periods and one three-week elective period; 12 four-week elective periods and 1 three-week elective period; 12 four-week elective periods and effective with the 1995-96 academic year includes a Community Medicine clerkship and the Primary Care Preceptorship.

#### CLOCK HOURS, WEEKS, POINTS

Clock hours refer to the actual number of hours spent in the course, term, or year. M-1 and M-2 courses are computed in clock hours; M-3 clerkships and M-4 electives are computed in weeks; M-4 Human Values in Medicine courses are computed in points.

PLEASE NOTE:    In accordance with Section 438(b) (4) (B) of the Family Educational Rights and Privacy Act of 1974, you are hereby notified that this information is provided upon the condition that you, your agents or employees, will not permit any other party to have access to such information, in personally identifiable form, without first obtaining written consent of the student.