## 2001 ORTHOPAEDIC IN-TRAINING EXAMINATION

### AMERICAN ACADEMY OF ORTHOPAEDIC SURGEONS

6300 N. River Road, Rosemont, IL 60018

Examination Date: November 10, 2001

| | |
|---|---|
| ID #: 00324636 | Order Number: 8000004497 |
| Name: Lisa A Brown, MD | ExamId: 14265 |
| YIT: 1 | Program: RP3902 |

Section I: Exam Scores for the 2001 ORTHOPAEDIC IN-TRAINING EXAMINATION

| CONTENT DOMAIN | MAXIMUM POSSIBLE | YOUR SCORE | PERCENT SCORE | AVG YIT 1 N = 772 | AVG ALL RESIDENTS N = 3439 | YIT PERCENTILE RANK |
|---|---|---|---|---|---|---|
| Total | 266 | 116 | 43.6 | 145.4 | 163.2 | 6 |
| Pediatric Orthopaedics | 36 | 13 | 36.1 | 16.8 | 20.0 | |
| Medically Related Issues | 6 | 5 | 83.3 | 4.3 | 4.4 | |
| Musculoskeletal Trauma | 46 | 25 | 54.3 | 26.3 | 29.1 | |
| Rehabilitation | 4 | 2 | 50.0 | 2.3 | 2.4 | |
| Hand | 20 | 2 | 10.0 | 7.0 | 8.3 | |
| Hip & Knee Reconstruction | 23 | 7 | 30.4 | 13.2 | 15.1 | |
| Spine | 22 | 12 | 54.5 | 14.1 | 15.3 | |
| Foot & Ankle | 29 | 16 | 55.2 | 16.9 | 18.8 | |
| Sports Medicine | 17 | 8 | 47.1 | 10.2 | 11.6 | |
| Shoulder & Elbow | 22 | 14 | 63.6 | 12.0 | 13.5 | |
| Orthopaedic Science | 17 | 7 | 41.2 | 10.9 | 11.7 | |
| Orthopaedic Diseases | 24 | 5 | 20.8 | 11.3 | 13.0 | |