Semi-Annual Evaluation
Lisa Brown, MD
2/25/02
4 pm

Lisa is in her PGY-1 year and has had quite good reviews from all of her attendings. Her most recent rotation was cardiovascular surgery and although the written report was not yet complete, Dr. Kish had spoken with me earlier today giving her a very good evaluation.

Her OITE score while only PGY-1, is in need of improvement and I stressed the importance of reading on a regular basis. Her research project on Disappearing Bone Disease is on schedule and I suggested she meet with the patient at her next clinic visit.

Lisa seems to be adjusting well to Erie.


_____
John D. Lubahn, MD

HMC-00129