Lisa Brown
Semi-Annual Evaluation
7/8/02

I reviewed Lisa's evaluations with her for the past year. Specifically, she met or exceeded the expectations of all of her evaluations. She felt that in general the PGY1 year was very beneficial. Both she and Brad Poole felt that the teaching faculty made them the center of attention which improved the overall learning environment.

Regarding the coming year, she plans to study Dr. Rogers' hydroxyapatite coated hips. This would be a followup review of a previous study. I believe this is certainly a reasonable study for her and encourage her to do so. She remains somewhat frustrated that she does not have enough time to read and I stressed the importance of good time management and reading for specific cases which hopefully will help her maintain a bank of important files and references.

_____
John D. Lubahn, MD