## 2002 ORTHOPAEDIC IN-TRAINING EXAMINATION

### AMERICAN ACADEMY OF ORTHOPAEDIC SURGEONS

6300 N. River Road, Rosemont, IL 60018

Examination Date: November 9, 2002

| | | | |
|---|---|---|---|
| ID #: | 00324636 | Order Number | 8000008279 |
| Name: | Lisa A Brown, MD | ExamId: | 21525 |
| YIT: | 1 | Program: | RP3902 |

Section I: Exam Scores for the 2002 ORTHOPAEDIC IN-TRAINING EXAMINATION

| CONTENT DOMAIN | MAXIMUM POSSIBLE | YOUR SCORE | PERCENT SCORE | AVG YIT 1 N = 784 | AVG ALL RESIDENTS N = 3433 | YIT PERCENTILE RANK |
|---|---|---|---|---|---|---|
| Total | 270 | 125 | 46.3 | 148.0 | 165.4 | 10 |
| Pediatric Orthopaedics | 52 | 25 | 48.1 | 29.0 | 32.6 | |
| Medically Related Issues | 12 | 8 | 66.7 | 8.8 | 9.0 | |
| Musculoskeletal Trauma | 35 | 14 | 40.0 | 19.8 | 22.1 | |
| Rehabilitation | 4 | 1 | 25.0 | 1.6 | 1.7 | |
| Hand | 22 | 10 | 45.5 | 9.6 | 11.0 | |
| Hip & Knee Reconstruction | 27 | 12 | 44.4 | 14.7 | 16.8 | |
| Spine | 20 | 11 | 55.0 | 11.9 | 13.0 | |
| Foot & Ankle | 13 | 6 | 46.2 | 6.5 | 7.6 | |
| Sports Medicine | 18 | 7 | 38.9 | 10.7 | 11.8 | |
| Shoulder & Elbow | 10 | 5 | 50.0 | 6.1 | 6.8 | |
| Orthopaedic Science | 21 | 11 | 52.4 | 11.7 | 12.6 | |
| Orthopaedic Diseases | 36 | 15 | 41.7 | 17.7 | 20.3 | |