# RESIDENT EVALUATION

Name: Lisa Brown

Date: 2/7/03

I reviewed Lisa Brown's progress for the year beginning with her in-training scores which are in need of improvement. I discussed various study approaches for her, a reading list, certain hours to read on a regular basis on evenings and weekends.

Her clinical performance has been acceptable, however I did discuss one patient about whom she had phoned me describing a posterior fracture dislocation of the hip which in addition to a fractured posterior wall of the acetabulum included a pelvic fracture which did modify treatment somewhat. As a result of that particular patient I did suggest she review Epstein's article on fracture dislocations of the hip and his associated classification.

Signature...... *[signature]*
John D. Lubahn, MD, Program Director

HMC-00157

DEPOSITION EXHIBIT
BROWN
No. 12