3/36/03

## Hamot Orthopedic Residency Program

**Re: Lisa Brown, MD**

This letter is for the orthopedic residency file of Dr. Lisa Brown, MD who is currently a 2nd year resident.

 Over the past several months Dr. Brown, unfortunately, has been struggling in regards to her duties as a resident. She has not progressed academically and has failed accept a higher level of responsibility needed at her level of residency.
 Specifically, she has neglected rounds and subsequently has been untruthful when asked about whether these duties have been performed. Also, Dr. Brown has had difficulty following the responsibilities of the hand service resident. When the scheduled attending has been absent, her presence has not been accounted for on that particular day. On many occasions academic questions of a lower level have been proposed to Dr. Brown and her level of comprehension has been severely lacking. When confronted she has stated that she cannot find the time to read due to her resident responsibilities. Obviously, this is very concerning.
 At this time I hope that the orthopedic faculty can help Dr. Brown, but her progress is of great concern.

Dr. D. Patrick Williams, DO