

Hamot Health Foundation
201 State Street
Erie, PA 16550
(814) 877-6000
www.hamot.org

*thopaedic Faculty Members*

vid M. Babins, MD
ry J. Cortina, MD
n J. Kastrup, MD
th A. Lustig, MD
cent P. Rogers, MD
k Stefanovski, MD
rk D. Suprock, MD

*nd & Upper Extremity*

ry Beth Cermak, MD
n M. Hood, MD
n D. Lubahn, MD., FACS,
Program Director
partment Chairman
Patrick Williams, DO

*diatric Orthopaedics*

rguerite J. Jurkovic, DO
mes O. Sanders, MD
rl F. Frankovitch, MD
ao O. Tavares, MD

July 23, 2003

Dr L. Brown
Orthopaedic Resident
Hamot Hospital
State Street
Erie, PA  16507

Dear Dr Brown:

Enclosed is the operative report you dictated on ~~[redacted]~~. While in general it is acceptable, I do not believe that it adequately addresses the proximal interphalangeal joint lesion to his left ring finger.    You will recall that evening a significant portion of the inter-articular surface of the joint was completely lost.   If you would like to discuss this further or review his x-rays with me, I would be happy to do that.  I would direct your attention to the second paragraph of the operative technique section and describe the findings in more detail.

Sincerely yours,

John D. Lubahn, M.D.

Enclosure: Operation report.



BROWN
NO. 15

HMC-00170

An affiliate of the Cleveland Clinic and Penn State's College of Medicine • Shareholder, [illegible]