August 18, 2003

Dr. John D. Lubahn
Program Director
Department Chairman
Department of Orthopaedics
Hamot Hospital
201 State Street
Erie, PA  16507


Dear Dr. Lubahn:

In response to your letter dated July 23, 2003 and received in my mailbox August 15, 2003, I would like to thank you for calling my attention to the inaccurate operative report dictated June 30, 2003. I have made an addendum to that report, correcting the inaccuracies. I appreciate your constructive remarks and have reviewed the x-rays. If you would like to further review them with me please contact me at a time convenient for you. As always I welcome feedback and feel that in the remaining three years as an orthopaedic resident will continue to improve with education and experience. Again, thank you for help.

Sincerely,

*[signature]*

Lisa A. Brown, MD

AUG 2 2 2003

HMC-00172