CONFIDENTIAL

## 2003 ORTHOPAEDIC IN-TRAINING EXAMINATION

### AMERICAN ACADEMY OF ORTHOPAEDIC SURGEONS

6300 N. River Road, Rosemont, IL 60018

Examination Date: November 8, 2003

| | | | |
|---|---|---|---|
| ID #: | 00324636 | Order Number | 8000011978 |
| Name: | Lisa A Brown, MD | ExamId: | 30950 |
| YIT: | 2 | Program: | RP3902 |

Section I: Exam Scores for the 2003 ORTHOPAEDIC IN-TRAINING EXAMINATION

| CONTENT DOMAIN | MAXIMUM POSSIBLE | YOUR SCORE | PERCENT SCORE | AVG YIT 2 N = 788 | AVG ALL RESIDENTS N = 3547 | YIT PERCENTILE RANK |
|---|---|---|---|---|---|---|
| Total | 272 | 125 | 46.0 | 168.1 | 165.4 | 2 |
| Pediatric Orthopaedics | 35 | 16 | 45.7 | 23.6 | 23.1 | |
| Medically Related Issues | 7 | 4 | 57.1 | 5.4 | 5.4 | |
| Musculoskeletal Trauma | 52 | 26 | 50.0 | 34.3 | 33.5 | |
| Rehabilitation | 9 | 2 | 22.2 | 4.3 | 4.2 | |
| Hand | 18 | 9 | 50.0 | 9.2 | 9.0 | |
| Hip & Knee Reconstruction | 23 | 10 | 43.5 | 13.1 | 12.9 | |
| Spine | 18 | 10 | 55.6 | 12.0 | 12.0 | |
| Foot & Ankle | 20 | 8 | 40.0 | 13.4 | 13.2 | |
| Sports Medicine | 19 | 8 | 42.1 | 12.6 | 12.3 | |
| Shoulder & Elbow | 16 | 8 | 50.0 | 9.4 | 9.4 | |
| Orthopaedic Science | 29 | 11 | 37.9 | 15.8 | 15.6 | |
| Orthopaedic Diseases | 26 | 13 | 50.0 | 15.0 | 14.7 | |