Pat Rogers - Re: Orthopedic resident response to the ED

----- Original Message -----
From: Frank Benes
To: John Lubahn
Sent: Tuesday, March 02, 2004 4:23 PM
Subject: Orthopedic resident response to the ED

John,

As per our phone conversation of February 27 with regard to the Orthopedic resident on-call responses to the Emergency Department.

It has been noted by a number of the ED physicians and discussed in detail at our February 10, 2004 physician meeting that there recently has been a significant delay in response by the orthopedic residents. The delay has been described as a slow response time in returning phone call pages and presentation to the ED to evaluate patients. It was noted that frequently, detailed inquiries are made by the residents over the phone regarding the patients history and physical exam, x-ray findings, etc. in lieu of the resident coming to the ED to see the patient. I want to be sure to explain that no resident has refused to come to the ED to evaluate a patient, however the ED physicians are perceiving this behavior as delay tactics and as a decreased interest in treating patients by the orthopedic residents. This discussion was initially generalized to all of the residents although during the discussion Dr. Lisa Brown and Dr. Vivek Sharma were specifically named because of recurrences.

I did review this information with Dr. Jim Seeds, Chief Resident, after our physician meeting so that he would discuss this topic with the other residents. I have also had the opportunity to discuss this issue with Dr. Brown at her request. In our conversation she was very apologetic and asked that I contact her immediately if there were any future problems. I will also be speaking with Dr. Sharma in the very near future as he has contacted me in the interim, since you and I spoke, to discuss this matter.

I feel that at this point the issue has been or will be reviewed with all involved parties and I do not expect it to be a problem in the future. I am sorry to hear that you have had the need to intervene in this matter. We have always enjoyed an excellent relationship with the Orthopedic residency program and look forward to it continuing.

Frank

HMC-00200

file://C:\Documents%20and%20Settings\depjr\Local%20Settings\Temp\GW}00002.HTM    3/3/2004