3/1/04
re: Lisa Brown, MD

I presented Lisa Brown, MD with a letter today which stated my decision with that of the institution's Human Resource Department not to renew her contract. She stated that she understood that the decision based on her academic performance but not her clinical performance. I did discuss her right to a fair hearing and counseled her to read through her file but as of the end of this academic year she would not be continued in our program.

_____
John D. Lubahn, MD
Orthopaedic Residency Program Director

HMC-00199