

**Hamot Medical Center**
201 State Street
Erie, PA 16550
(814) 877-6000
www.hamot.org

March 22, 2004

Lisa Brown, MD
5459 Cidermill Road
Erie, PA  16509

Dear Dr. Brown:

This letter serves as response to your letter of March 11, 2004, regarding your complaint of Orthopaedic Program Director Dr. John Lubahn's decision to not renew your contract at the end of this academic year, based on clinical performance and concerns regarding your current knowledge base in orthopaedics.

As a result of my conversation with you on March 17, 2004 and my investigation of the situation, I recommend that Step #3 of the Hamot Medical Education Policy on Grievance Resolution and Due Process for Residency Physicians/Interns be enacted.

A special committee will be formed per policy to receive and evaluate all pertinent information regarding this grievance. Dr. Lubahn, who currently serves as Chair of the Medical Education Committee, will not act in this capacity due to his involvement as Orthopaedic Program Director. Dr. David Albert has been designated as Chair of the Medical Education Committee for purposes of appointing and directing this special committee.

You have the right to select a resident from the Hamot Orthopaedic Residency Program to be part of the special committee to review your complaint. Please let Rosanne Jaworski, Director of Medical Education Operations, know whom you select, as she will coordinate the scheduling of this committee on behalf of Dr. Albert.

Sincerely,

James A. Pepicello, MD
Executive Vice President, Clinical Operations

c:  J. David Albert, II, MD
    R. Jaworski

HMC-00205

An affiliate of the Cleveland Clinic and Penn State's College of Medicine  •  Shareholder, VHA, Inc.