| | |
|---|---|
| HAMOT MEDICAL CENTER<br>ORTHOPAEDIC RESIDENCY PROGRAM | APPROVED BY MEC: 6/4/99<br>REVISED BY MEC: 5/4/01 |

ISSUED BY:  John D. Lubahn, MD
           Program Director, Orthopaedic Residency Program

SUBJECT: Advancement and Dismissal Policy                     Page 1 of 3

## PURPOSE

To define the advancement from year to year of all residents.

## POLICY

*Advancement of Residents*:

It is expected that upon entry to the residency all residents will complete the program. This residency does not accept applicants for one year positions. However, should a resident not meet the advancement criteria as noted below, this residency will not advance that resident until such time as all requirements are met. The procedures outlined below are for the purposes of identifying the steps necessary for a resident to advance as well as those that will come into play should advancement not be deemed appropriate.

*General Process*:

In order to advance to the subsequent year of training, all residents must meet the following requirements each academic year:

1. Must receive an overall rating of "average or above" on all rotations.
2. Must have no more than one "poor" in the key subcategories of a rotation.
3. Must participate in the Orthopaedic In-Training Examination given each academic year.
4. Must be present for greater than 80% of all residency conferences in any given academic year.
5. Must maintain certification in ATLS through the residency.
6. Must have less than three confirmed, significant patient complaints directed specifically at the individual resident per academic year.
7. Must successfully complete all requirements for the given academic year as identified in the Orthopaedic Residency Program Goals and Objectives.
8. Must meet all the requirements to renew the PA training license. To advance to the 3rd level, the resident must have taken and passed USMLE I, II and III. USMLE III should be taken in the first year of training.

**Advancement and Dismissal Policy**
Page 2 of 3

8. Must complete all assigned work including scheduled conferences, journal clubs, morning rounds in a matter deemed as "meeting expectations" by colleagues and supervisors.
9. Must complete two clinical research projects suitable for slide presentation and/or publication
10. Must be present at their respective teaching faculty's office at least ½ day per week for pre and post-op care.
11. Must attend orthopaedic clinic two afternoons a week.
12. Must be on-call as scheduled.
13. Must be on emergency room call during daytime hours as assigned.

*Requirements for Advancement to Graduation*:

All requirements including meeting all goals and objectives, must be met prior to being considered for graduation. All residents, by the time of graduation, must have completed an effective teaching workshop.

The Program Director will review all scheduled activity of residents to insure that he/she will have met all requirements to sit for the Orthopaedic Board examination. All chief residents will participate in an exit interview to insure that appropriate feedback is given.

*Process In Case Advancement Criteria Are Not Met*:

All residents will be continuously evaluated by their teaching faculty. Should a resident, at any point during the year, be identified as not meeting expectations, that resident will be counseled expeditiously by the Program Director. At this point the resident will receive only a verbal warning unless the situation should be deemed more serious. Should the resident, who has received a verbal warning fail to meet expectations on subsequent activities, that resident will meet with the Program Director and be placed on an academic probation status. A letter outlining the reasons for an academic probation and the expectations will be given to the resident at that time. Academic probation will generally last 3-6 months but will be individualized to the resident's situation. During that time the resident is expected to demonstrate improvement and will receive, at minimum, monthly re-evaluations. Should the resident demonstrate appropriate advancement of skills, knowledge, and attitude during that time, he/she may be deemed ready for advancement at the appropriate time. Should it be determined that the resident requires additional remediation, he/she will likely need to repeat those activities in which he/she did not meet expectations at the current level of training. Only when these requirements are met will the resident be considered for advancement. At such time academic probation will be lifted and the resident will continue his/her training at the next level.

Advancement and Dismissal Policy
Page 3 of 3

Should the resident fail to improve or to meet the expectations as identified in the academic probation letter, the faculty will determine at that time if remediation will be deemed to be helpful. If so, that resident will continue at the same level for a period of time during which continuous evaluation will occur. At the end of such time the resident will receive feedback as to his/her performance and a determination will be made as to whether or not the resident could advance at that time.

If the initial faculty review reveals that the resident is unlikely to improve with remediation, the resident will be terminated from the program pending the due process procedure.

If the above requirement (#8) regarding taking and passing USMLE III is not met, the resident will not advance to the next level of training. In this case, he/she may have to extend their residency by the number of days equal to the delay in beginning the PGY 3 year. If a resident must extend their residency training beyond the three years, they may not receive pay or benefits at that time, depending on the total number of current residents at Hamot. We will continue to cover the residents on malpractice insurance however.

HMC-00062