IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISA BROWN, M.D.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Civil Action No. 05-32 E |
| | ) |
| **HAMOT MEDICAL CENTER,** | ) |
| | ) |
| **Defendant.** | ) |

### ORDER

Upon consideration of defendant Hamot Medical Center's Opposition to Plaintiff's Motion for Partial Summary Judgment, it is this _____ day of _____, 2006, hereby

ORDERED, that Defendant Hamot Medical Center's Opposition to Plaintiff's Motion for Partial Summary Judgment be, and the same hereby is, GRANTED; and it is further

ORDERED, that Plaintiff's Motion for Partial Summary Judgment be, and the same hereby is, DENIED.

_____
Maurice B. Cohill, Jr.
United States Senior District Judge

Copies to:

Kerry M. Richard, Esq.
Ziad P. Haddad, Esq.
Forrest G. Read, IV, Esq.
TOBIN, O'CONNOR, EWING & RICHARD
5335 Wisconsin Avenue, N.W. Suite 700
Washington, D.C. 20015

Mark J. Kuhar, Esq.
KNOX McLAUGHLIN GORNALL & SENNETT, P.C.
120 West Tenth Street
Erie, PA 16501-1461

Patrick Sorek, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 30th Floor
Pittsburgh, PA  15219

                                    Respectfully submitted,

                                    Tobin O'Connor Ewing & Richard

                                    /s/ Kerry M. Richard
                                    Kerry M. Richard
                                    Ziad Haddad
                                    Forrest G. Read
                                    5335 Wisconsin Avenue, NW, Suite 700
                                    Washington, DC  20015
                                    202-362-5900
                                    Counsel for defendant