Clinical Presentation – Practice-Based Learning
Orthopaedic Department Meeting
2/25/04


Lisa Brown, MD presented a patient with posterior dislocation of the hip and ipsilateral tibia fracture. Her presentation of the history and the management of the tibial fracture was reasonably well outlined and she progressed well describing the messages to reduce the hip. She had a reasonable understanding the postoperative management but had no immediate knowledge when questioned regarding classification schemes for posterior hip dislocations, fracture dislocations or fractures dislocation of the hip associated with femoral head fractures. I believe that given her level of training, the fact that she was provided this patient some time in advance to prepare, rendered this an unsatisfactory presentation.

_____
John D. Lubahn, MD
Orthopaedic Residency Program Director

EXHIBIT 2