

Hamot Medical Center
201 State Street
Erie, PA 16550
(814) 877-6000
www.hamot.org

April 4, 2003

Lisa Brown, MD
Hamot Medical Center
201 State Street
Erie, PA 16550

Dear Lisa,

As a result of the concerns listed below, as we discussed on Wednesday, April 2, 2003, you will be on academic and clinical probation for the months of April, May and June, 2003. The purpose of this time period is to help you improve your core knowledge base in Orthopaedics and improve your clinical skills.

Mondays of each week will be spent in Dr. Cermak's clinic. If you need to leave to cover the Emergency Room or help Dr. Rogers in some way, be sure Dr. Cermak knows where you are going and why.

Tuesday mornings will be spent in the OR with Dr. Cermak and the afternoon in Orthopaedic Clinic. Wednesday you should plan to spend all day with Dr. Babins, either seeing patients with him or helping in the OR. Thursday mornings you should continue to work with Dr. Babins, spending the afternoon in Orthopaedic Clinic. Friday, all day, you should again plan to work with Dr. Babins. If you are on call for the emergency room, be sure to let the appropriate attending know. If you need to change this schedule for any reason, be sure to let me know. Both Dr. Cermak and Babins should help you with daily and weekly reading assignments. If you do not receive assignments from them, please let me know.

Sincerely,

John D. Lubahn, MD
Program Director, Orthopaedic Residency Program

Cc: Mary Beth Cermak, MD
    Dave Babins, MD

EXHIBIT 5