

Hand, Microsurgery and Reconstructive Orthopaedics, LLP

John D. Lubahn, MD, FACS
Mary Beth Cermak, MD
John M. Hood, MD
D. Patrick Williams, DO

300 State Street, Suite 205
Erie, PA 16507

Phone: 814/456-6022
FAX: 814/456-7040
e-mail: hmro@erie.net

Board Certified
Specialty Trained

February 20, 2004

John D. Lubahn, M.D.
Director, Orthopaedic Residency Program
Hamot Medical Center
201 State Street
Erie, PA 16550

Re: *Lisa Brown, MD*

Dear Dr. Lubahn:

This letter is in regards to an incident that occurred when I was on emergency room call recently. I had sent a patient to the emergency room with a tendon laceration via the phone. I then got paged to the ER at the appropriate time where you would have expected that patient to make it to the ER by one of the ER nurses who told me that they had paged Dr. Brown and that Dr. Brown had said that she did not know anything about the patient and she basically refused to come down and she told them to call me.

At that point, I told the ER to call Dr. Brown and have her get herself down there and examine the patient. Dr. Brown came up to me later and said that "that was not what she told the ER nurse" but the nurse reiterated that it was indeed what she had been told by Dr. Brown.

I just mention this as an incident in passing in regards to Dr. Brown's care of patients in the emergency room.

Sincerely yours,

Mary Beth Cermak, MD

MBC/mam

EXHIBIT
1