Lisa Brown
Semi-Annual Evaluation
9/16/03

I initially discussed Lisa's research thus far which has been limited by the need of IRB approval and funding from Biomet. I advised her that she should look for other research, either a clinical project such as hamate fractures with Dr. Pollard, a prospective study of diabetes and joint replacement with Dr. Nechleba, working with Tim Cooney and myself in the basic science studies on relaxin receptors in the basal joint and/or nerve growth factor in Dupuytren's disease. I would also entertain any other clinical research which interests her but hasten to add she needs to decide soon.

Her clinical performance and basic orthopaedic knowledge seemed to have improved significantly. Her presentation at the department meeting last weekend showed significant improvement as has her interaction with other residents and attendings. I advised her that when she once again resumes a clinical rotation that she should establish a better relationship with the emergency room physicians such that she be called more frequently to see fingertip injuries and nondisplaced fractures and also advised her that when she sees these particular problems, specifically fingertip injuries and open interphalangeal joint injuries of the hand or foot that she should be certain to call the attending and discuss care and management at the time the patient is evaluated.

Finally, I believe that when she resumes her clinical rotation in October, pending her performance between now and then, I would remove her probation status.

John D. Lubahn, MD
Program Director

EXHIBIT
6