IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


LISA BROWN, M.D.,                            )
                                             )
            Plaintiff,                       )
                                             )
      v.                                     )        Civil Action No. 05-32 E
                                             )
HAMOT MEDICAL CENTER,                        )
                                             )
            Defendant.                       )


O R D E R

Upon consideration of Plaintiff's Motion to Unseal Documents, such Motion is

GRANTED.  The court hereby directs the Clerk to unseal documents numbered 49, 50,

51, 57, 58 and 59.

      SO ORDERED this _____ day of September, 2006


                                    _____
                                    Maurice B. Cohill, Jr.
                                    Senior United States District Judge