# LEECH TISHMAN
# FUSCALDO & LAMPL
### ATTORNEYS AT LAW

LEECH TISHMAN
FUSCALDO & LAMPL, LLC

CITIZENS BANK BUILDING
30TH FLOOR
525 WILLIAM PENN PLACE
PITTSBURGH, PA 15219

412-261-1600
412-227-5551 FAX
www.leechtishman.com

August 17, 2006

Patrick Sorek
psorek@leechtishman.com
412-560-1398 x 250 Direct Dial

*via facsimile and standard mail*

Kerry M. Richard, Esquire
Tobin O'Connor Ewing & Richard
5335 Wisconsin Avenue, NW, Suite 700
Washington, DC 20015

Dear Kerry:

I am writing to request that you immediately withdraw Hamot's Statement of Undisputed Material Facts, Memorandum and accompanying Exhibits that were filed on August 15, 2006 in support of the First Motion for Summary Judgment.

The Exhibits contain, and the Memorandum and Statement reference, numerous documents that Hamot identified as "Confidential" during the course of discovery. These documents are subject to the Court's July 25, 2005 Confidentiality Order that was entered into by the parties in this case and which expressly provides as follows:

> Confidential documents should not be filed with the Clerk, except when essential in connection with dispositive motions or other motions under the Federal Rules of Civil Procedure. If filed, they should be filed under seal and shall remain sealed while in the Office of the Clerk so long as they retain their status as confidential documents.

See Confidentiality Order at ¶6.

Most of the 34 exhibits attached to Hamot's Motion for Summary Judgment were identified by Hamot as "Confidential". While we may disagree that some of the documents are, in fact, confidential, we respected your designation and accordingly, filed our Appendix and the Memorandum and Statement in support of Lisa Brown's Motion for Partial Summary Judgment, under seal. I draw your attention to your April 14, 2006 letter to me in which you emphasize the importance of the Confidentiality Order and demanded that I withdraw documents.

I am requesting that you immediately contact the Clerk and arrange to have the Brief, Concise Statement of Material Facts Not in Dispute and accompanying Exhibits

EXHIBIT "C"



Kerry M. Richard, Esquire
August 17, 2006
Page 2


sealed in accordance with the parties' Confidentiality Order and takes all steps necessary to remove these document from the Court's ECF system or we will file the appropriate motion with the Court.

If you have any questions, please call me.

Very truly yours,

LEECH TISHMAN FUSCALDO & LAMPL, LLC



Patrick Sorek