# Tobin O'Connor Ewing & Richard

Attorneys at Law
*A Partnership of Professional Corporations*

*Practicality in Practice*

Ziad P. Haddad
Direct Dial (202) 362-5900 ext. 210
zphaddad@tobinoconnor.com

August 22, 2006

**By Telecopy and First-Class Mail**

Patrick Sorek, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
Citizens Bank Building, 30th Flr.
525 William Penn Place
Pittsburgh, PA  15219

Re:   **Brown v. Hamot Medical Center**

Dear Patrick:

    I am writing to respond to your August 17, 2006 letter and to follow up on our telephone conversation last week. As I advised you during our conversation, we do not believe we have violated the letter or spirit of the Confidentiality Order in effect in this case because none of the exhibits attached were ever identified by Dr. Brown as confidential. If you believe that any of the attached documents should have been labeled confidential by Dr. Brown, feel free to identify them now so we can discuss them.

Sincerely,

Ziad Haddad

RECEIVED

LEECH TISHMAN FUSCALDO LAMPL

**EXHIBIT "D"**

5335 Wisconsin Avenue, NW
Suite 700
Washington, DC 20015

Phone  202-362-5900
Fax  202-362-5901
www.tobinoconnor.com