# Tobin O'Connor Ewing & Richard

Attorneys at Law
A Partnership of Professional Corporations

*Practicality in Practice*

Ziad P. Haddad
Direct Dial (202) 362-5900 ext. 210
zphaddad@tobinoconnor.com

August 28, 2006

**By Telecopy and First-Class Mail**

Patrick Sorek, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
Citizens Bank Building, 30th Flr.
525 William Penn Place
Pittsburgh, PA 15219

Re: **Brown v. Hamot Medical Center**

Dear Patrick:

At your request we have reviewed the documents attached to our Motion for Summary Judgment. Of the 34 exhibits, only one, Exhibit 21, was marked confidential pursuant to the Confidentiality Order. It is our belief that this document, a copy of Lisa Brown's 2003 OITE scores, was marked confidential in error, as neither her 2001 nor her 2002 OITE scores were similarly marked.

Nevertheless, if you believe Exhibit 21 should be filed under seal, we would be happy to do so. In addition, if you have confirmed that any of the other exhibits were marked confidential by the parties, please let me know and we will gladly file those documents under seal as well. I look forward to hearing from you.

Sincerely,

Ziad Haddad

5335 Wisconsin Avenue, NW    Phone  202-362-5900
Suite 700                    Fax    202-362-5901
Washington, DC 20015         www.tobinoconnor.com

**EXHIBIT "F"**