

Hamot Medical Center
201 State Street
Erie, PA 16550
(814) 877-6000
www.hamot.org

March 1, 2004

Lisa Brown, MD
5459 CiderMill Road
Erie, PA   16509

Dear Dr. Brown:

Based on clinical performance and concerns regarding your current knowledge base in orthopaedics for the PGY-3 level, I have decided not to renew your contract at the end of this academic year, June 30, 2004. The decision is a difficult one for me as for the entire faculty, but I believe it to be the best for all concerned.

During the remainder of this academic year, any failure on your part to provide competent care as outlined in your contract, such as not responding to patient consults or calls from the emergency room will result in immediate termination.

Sincerely,

John D. Lubahn, MD
Program Director

EXHIBIT
"I"

HMC-03308
CONFIDENTIAL

*Hand delivered by John D Lubahn March 1, 2004*

An affiliate of the Cleveland Clinic and Penn State's College of Medicine   •   Shareholder, VHA, Inc.