IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BROWN, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 05-32-E |
| ) | |
| HAMOT MEDICAL CENTER, ) | |
| ) | |
| Defendant. ) | |

O R D E R

AND NOW, this 25th day of September, 2006, upon consideration of Plaintiff's Motion to Unseal Documents (document No. 61) filed in the above-captioned matter on September 21, 2006,

IT IS ORDERED that the opposing party file a response no later than October 6, 2006.

s/Maurice B. Cohill, Jr.
Senior United States District Judge

ecf:   Counsel of record