IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISA BROWN, M.D.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-32 E |
| | ) |
| **HAMOT MEDICAL CENTER,** | ) |
| | ) |
| Defendant. | ) |

ORDER

Upon consideration of defendant Hamot Medical Center's ("Hamot") uncontested Motion to File Exhibits under Seal, such Motion is hereby GRANTED. The Clerk of Court is directed to file under seal the exhibits to Docket number 65, Hamot's Reply Memorandum in Support of its Motion for Summary Judgment.

SO ORDERED this _____ of October 2006.

_____
Maurice B. Cohill, Jr.
United States Senior District Judge