## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BROWN, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-32E |
| | ) |
| HAMOT MEDICAL CENTER, | ) |
| | ) |
| Defendant, | ) |

## **ORDER**

Upon consideration of Plaintiff's Motion To Unseal Documents, and defendant's response

thereto, it is this _____ day of _____, 2006, hereby

ORDERED, that Plaintiff's Motion To Unseal Documents be, and the same hereby is,

GRANTED; and it is further

ORDERED, that due to plaintiff's failure to engage in good faith efforts to resolve the

parties' dispute concerning defendant's alleged violation of the Confidentiality Order prior to filing

her Motion, the Court shall not consider the issue at this time.


_____
Maurice B. Cohill, Jr.
United States Senior District Judge

Copies to:

Kerry M. Richard, Esq.
Ziad P. Haddad, Esq.
Forrest G. Read, IV, Esq.
TOBIN, O'CONNOR, EWING & RICHARD
5335 Wisconsin Avenue, N.W. Suite 700
Washington, D.C.  20015

Mark J. Kuhar, Esq.
KNOX McLAUGHLIN GORNALL & SENNETT, P.C.
120 West Tenth Street
Erie, PA  16501-1461

Patrick Sorek, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 30th Floor
Pittsburgh, PA  15219