IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BROWN, M.D., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 05-32 E |
| HAMOT MEDICAL CENTER, | ) ) ) |
| Defendant. | ) ) |

ORDER

Upon consideration of Plaintiff's Motion to Unseal Documents, such Motion is GRANTED. The court hereby directs the Clerk to unseal documents numbered 49, 50, 51, 57, 58 and 59.

SO ORDERED this __16th__ day of ~~September~~ October, 2006

_Maurice B. Cohill, Jr._
Maurice B. Cohill, Jr.
Senior United States District Judge