IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BROWN, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-32E |
| | ) |
| HAMOT MEDICAL CENTER, | ) |
| | ) |
| Defendant. | ) |

## ORDER

AND NOW, this 2nd day of January, 2008, upon consideration of the Motions for Summary Judgment filed by Plaintiff Brown and Defendant Hamot, for the reasons stated in the accompanying opinion, IT IS ORDERED that Brown's Motion for Partial Summary Judgment (Doc. 48) is DENIED, and Hamot's Motion for Summary Judgment (Doc. No. 52) is GRANTED as to all Counts of the Complaint. Judgment is hereby entered in favor of the defendant, Hamot Medical Center. The Clerk of Court is hereby ordered to mark this case as closed.

_Maurice B. Cohill, Jr._
Maurice B. Cohill, Jr.
Senior United States District Court Judge