IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BROWN, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-32 E |
| ) | |
| HAMOT MEDICAL CENTER, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff, Lisa Brown, M.D., hereby appeals to the United States Court of Appeals for the Third Circuit from the Order dated January 2, 2008 (Doc. No. 72), and entered on January 3, 2008, granting the Defendant's Motion for Summary Judgment (Doc. No. 52), denying Plaintiff's Motion for Partial Summary Judgment (Doc. No. 48), and entering judgment in favor of Defendants.

Dated:  February 1, 2008                Respectfully submitted,

                                        LEECH TISHMAN FUSCALDO & LAMPL, LLC


                                        By: /s/ Patrick Sorek
                                            Patrick Sorek
                                            Pa. I.D. No. 41827
                                            Alisa N. Carr
                                            Pa I.D. No. 56658

                                            525 William Penn Place, 30th Floor
                                            Pittsburgh, Pennsylvania 15219
                                            (412) 261-1600
                                            psorek@leechtishman.com
                                            acarr@leechtishman.com

## CERTIFICATE OF SERVICE
## OF THE NOTICE OF APPEAL UPON THE TRIAL COURT

Pursuant to Third Circuit Local Appellate Rule 3.1, a true and correct copy of the Notice of Appeal (Doc. No. 73), filed electronically and served upon all counsel of record electronically on February 1, 2008, has also been served by U.S. Mail, First Class, postage prepaid this 1st day of February, 2008 upon the following:

The Honorable Maurice B. Cohill
U.S. District Court for the W.D. of Pa.
Erie Division
Courtroom B206
17 South Park Row
Erie, PA 16501

/s/ Alisa N. Carr