## EXHIBIT A

### Costs of Court Filing Fees

| | | |
|---|---|---|
| 2/28/2005 | Court Filing Fee | $120.00 |
| TOTAL | | $120.00 |



*Statement 127880*

ITEMIZED DISBURSEMENTS - BROWN FEDERAL COURT LITIGATION

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/21/05 | PHOTOCOPIES   2 copies @ .20/ea | 0.40 |
| 02/28/05 | COURT/FILING FEE - - CLERK - U.S. DISTRICT COURT | 120.00 |
| 02/28/05 | PHOTOCOPIES   60 copies @ .20/ea | 12.00 |
| 03/17/05 | PHOTOCOPIES   36 copies @ .20/ea | 7.20 |
| 04/04/05 | PHOTOCOPIES   60 copies @ .20/ea | 12.00 |
| 04/11/05 | PHOTOCOPIES   11 copies @ .20/ea | 2.20 |
| | CURRENT DISBURSEMENTS | $153.80 |

```
HAMOT HEALTH FOUNDATION                         MAY 17, 2005
201 STATE STREET                                MTW
ERIE, PA   16550                                0052620
ATTN: DANA ASHLEY                               STATEMENT NO. 127880
                                                JOINT ID 029-0052620
```

    GENERAL LABOR MATTERS
        CURRENT FEES
        CURRENT DISBURSEMENTS                               $802.98

    BROWN EEOC CHARGE
        CURRENT FEES
        CURRENT DISBURSEMENTS                                $12.58

    DUNN PHRC COMPLAINT
        CURRENT FEES
        CURRENT DISBURSEMENTS                                $29.40

    BROWN FEDERAL COURT LITIGATION
        CURRENT FEES
        CURRENT DISBURSEMENTS                              $153.80

    ENDOSCOPY UNIT ISSUES
        CURRENT FEES
        CURRENT DISBURSEMENTS                                $0.00

    SINKKO MATTER
        CURRENT FEES
        CURRENT DISBURSEMENTS                                $0.00

    PETROFF TERMINATION
        CURRENT FEES
        CURRENT DISBURSEMENTS                                $11.75