## EXHIBIT B

### Costs of Serving Subpoenas

| | | |
|---|---|---|
| 3/20/2006 | Service of Subpoena on Northeastern Ohio University College of Medicine | $221.85 |
| 3/20/2006 | Service of Subpoena on Laura McIntosh, M.D. | $231.85 |
| 3/20/2006 | Service of Subpoena on John Carroll University | $150.00 |
| 3/20/2006 | Service of Subpoena on Linda Connell, M.S.W. | $205.00 |
| | TOTAL | $808.70 |

EXHIBIT B

CAPITOL PROCESS SERVICES, INC.
1827 18th Street, N.W.
Washington, D.C. 20009-5526
(202) 667-0050
Tax I.D. 52-2283731

4/10/06

03-30-2006

KERRY M. RICHARD, ESQUIRE
TOBIN O'CONNOR & EWING
5335 WISCONSIN AVENUE, NW, SUITE 700
WASHINGTON, DC 20015

Lisa A. Brown v. Hamot Medical Center

Case No. 05-32E

Invoice No. 167887

Client Matter No. HAMOT

---

SERVICE OF PROCESS
Keeper of the Records of Northeastern Ohio University College of Medicine, 4209 Street, Route #44, Rootstown, Ohio 44272
03-20-2006

| | |
|---|---|
| FEDERAL EXPRESS TO SERVER | $26.85 |
| SERVICE OF PROCESS - RUSH | $150.00 |
| ADDITIONAL TIME AND MILEAGE | $45.00 |

**AMOUNT PAID-**

**BALANCE DUE UPON RECEIPT-** $221.85

---

Please write invoice no. 167887 on your check.

**Case Comments-**


PAID
4/13/06
#6134


POSTED
4/10/06

CAPITOL PROCESS SERVICES, INC.
1827 18th Street, N.W.
Washington, D.C. 20009-5526
(202) 667-0050
Tax I.D. 52-2283731

03-30-2006    4/10/06

KERRY M. RICHARD, ESQUIRE
TOBIN O'CONNOR & EWING
5335 WISCONSIN AVENUE, NW, SUITE 700
WASHINGTON, DC 20015

Lisa A. Brown v. Hamot Medical Center

Case No. 05-32E

Invoice No. 167892

Client Matter No. HAMOT

SERVICE OF PROCESS
Laura McIntosh, MD, 8155 Oliver Road, Erie, Pennsylvania 16509
03-20-2006

| | |
|---|---|
| FEDERAL EXPRESS TO SERVER | $26.85 |
| SERVICE OF PROCESS - RUSH | $150.00 |
| ADDITIONAL TIME AND MILEAGE | $55.00 |

**AMOUNT PAID-**

**BALANCE DUE UPON RECEIPT-**    $231.85

Please write invoice no. 167892 on your check.

**Case Comments-**


PAID
4/13/06
#6134


POSTED
4/10/06

CAPITOL PROCESS SERVICES, INC.
1827 18th Street, N.W.
Washington, D.C. 20009-5526
(202) 667-0050
Tax I.D. 52-2283731

4/10/06

03-30-2006

KERRY M. RICHARD, ESQUIRE
TOBIN O'CONNOR & EWING
5335 WISCONSIN AVENUE, NW, SUITE 700
WASHINGTON, DC 20015

Lisa A. Brown v. Hamot Medical Center

Case No. 05-32E

Invoice No. 167889

Client Matter No. HAMOT

SERVICE OF PROCESS
Keeper of the Records of John Carroll University, 20700 North Park Boulevard, University Heights, Ohio 44118
03-20-2006

SERVICE OF PROCESS - RUSH                                    $150.00

AMOUNT PAID-

**BALANCE DUE UPON RECEIPT-**                                $150.00

Please write invoice no. 167889 on your check.

**Case Comments-**



PAID
4/13/06
#6134



POSTED
4/10/06

CAPITOL PROCESS SERVICES, INC.
1827 18th Street, N.W.
Washington, D.C. 20009-5526
(202) 667-0050
Tax I.D. 52-2283731

4/10/06

03-30-2006

KERRY M. RICHARD, ESQUIRE
TOBIN O'CONNOR & EWING
5335 WISCONSIN AVENUE, NW, SUITE 700
WASHINGTON, DC 20015

Lisa A. Brown v. Hamot Medical Center

Case No. 05-32E

Invoice No. 167890

Client Matter No. HAMOT

SERVICE OF PROCESS
Linda Connell, MSW, St. Vincent Health Center, 311 W. 24th
Street, Erie, Pennsylvania 16502
03-20-2006

| | |
|---|---|
| SERVICE OF PROCESS - RUSH | $150.00 |
| ADDITIONAL TIME AND MILEAGE | $55.00 |

**AMOUNT PAID-**

**BALANCE DUE UPON RECEIPT-**  $205.00

Please write invoice no. 167890 on your check.

**Case Comments-**

PAID
4/13/06
# 6134


POSTED
4/10/06