## EXHIBIT C

### Costs of Deposition Transcripts

| Date | Description | Amount |
|---|---|---|
| 8/30/2005 | Deposition transcript of V. Rogers, M.D., including postage | $77.10 |
| 8/30/2005 | Deposition transcript of S. Galey, M.D., including postage | $49.90 |
| 8/31/2005 | Deposition transcript of P. Rogers, including exhibits | $124.13 |
| 9/1/2005 | Deposition transcript of D. Inderlied, including exhibits | $207.33 |
| 9/1/2005 | Deposition transcript of C. Szumigala, including exhibits | $28.13 |
| 12/16/2005 | Deposition transcript of J. Pepicello, including exhibits | $150.50 |
| 12/16/2005 | Deposition transcript of J. Albert, including exhibits | $143.90 |
| 12/15-17/2005 | Deposition transcript of Lisa Brown and continuation | $971.01 |
| 3/16/2006 | Deposition transcript of Dr. Lubahn, including postage | $199.85 |
| 3/16/2006 | Deposition transcript of Dr. Suprock, including postage | $99.30 |
| 5/22/2006 | Deposition transcript of Michael D. Powers | $39.60 |
| | TOTAL | $2,090.75 |

EXHIBIT C

**FERGUSON & HOLDNACK REPORTING, INC.**
**357 WEST TENTH STREET**
**ERIE, PA 16502**
814-452-4556  Fax 814-454-4377
contact@ferguson-holdnack.com

Kerry M. Richard, Esq.
Tobin O'Connor Ewing & Richard
5335 Wisconsin Avenue NW
Suite 700
Washington, DC 20015

9/21/2005

INVOICE NO.      13301
INVOICE DATE:    9/19/2005
REPORTER:
Sonya Hoffman

*Brown v. Hamot Medical Center*

ID#: 20-0500342

C.A. No. 05-32 E

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 8/30/2005 | Copy of Transcript: V. Rogers, MD | 46.00 | 1.60 | 73.60 + 3.50 |
| 8/30/2005 | Copy of Transcript: S. Galey, MD | 29.00 | 1.60 | 46.40 + 3.50 |
|  | Condensed Transcripts - No Charge |  |  |  |
|  | Postage & Handling | 1.00 | 7.00 | 7.00 |
|  |  |  | Sub Total | 127.00 |
|  |  |  | Paid | 0.00 |
|  |  |  | Balance Due | 127.00 |

**Payment Terms: Net 30 Days**
**Please return one copy with remittance**
**THANK YOU FOR YOUR BUSINESS!**



PAID
9/29/05
#5578



POSTED
9/26/05

**FERGUSON & HOLDNACK REPORTING, INC.**
357 WEST TENTH STREET
ERIE, PA 16502
814-452-4556  Fax 814-454-4377
contact@ferguson-holdnack.com


received
9/14/05

Kerry M. Richard, Esq.
Tobin O'Connor Ewing & Richard
5335 Wisconsin Avenue NW
Suite 700
Washington, DC 20015

INVOICE NO.      13250
INVOICE DATE:    9/12/2005
REPORTER:
Carol Holdnack

*Brown v. Hamot Medical Center*

ID#:  20-0500342

Civil Action No. 05-32E

| Date | Description | Units | Rate | Amount | |
|---|---|---|---|---|---|
| 8/31/2005 | Copy of Transcript - P. Rogers | 72.00 | 1.60 | 115.20 | +8.93 |
| 9/01/2005 | Copy of Transcript - D. Inderlied | 124.00 | 1.60 | 198.40 | +8.93 |
| 9/01/2005 | Copy of Transcript - C. Szumigala | 12.00 | 1.60 | 19.20 | +8.93 |
| | Condensed Transcripts - No Charge | | | | |
| | Postage & Handling | 1.00 | 7.00 | 7.00 | 26.80 |
| | Exhibits Copied | 99.00 | 0.20 | 19.80 | divided by 3 |
| | | | Sub Total | 359.60 | = 8.93 |
| | | | Paid | 0.00 | |
| | | | Balance Due | 359.60 | |

**Payment Terms: Net 30 Days**
**Please return one copy with remittance**
**THANK YOU FOR YOUR BUSINESS!**


PAID
9/29/05
# 5578


POSTED
9/14/05

**FERGUSON & HOLDNACK REPORTING, INC.**
357 WEST TENTH STREET
ERIE, PA 16502
814-452-4556  Fax 814-454-4377
contact@ferguson-holdnack.com

Kerry M. Richard, Esq.
Tobin O'Connor Ewing & Richard
5335 Wisconsin Avenue NW
Suite 700
Washington, DC 20015

1/5/2006

INVOICE NO.      13918
INVOICE DATE:    1/03/2006
REPORTER:
Janis Ferguson

Lisa Brown v. Hamot Medical Center

ID#: 20-0500342

Civil Action No. 05-32-E

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 12/16/2005 | Copy of Transcript - J. Pepicello | 86.00 | 1.65 | 141.90 |
| 12/16/2005 | Copy of Transcript - J. Albert | 82.00 | 1.65 | 135.30 |
| | Exhibits Copied | 46.00 | 0.20 | 9.20 |
| | Postage & Handling | 1.00 | 8.00 | 8.00 |
| | Condensed Transcripts:  No Charge | | | |

Sub Total    294.40
Paid           0.00
Balance Due  294.40

**Payment Terms: Net 30 Days**
**Please return one copy with remittance**
**THANK YOU FOR YOUR BUSINESS!**


PAID
1/12/06
#5845


POSTED
1/5/06

**FERGUSON & HOLDNACK REPORTING, INC.**
357 WEST TENTH STREET
ERIE, PA 16502
814-452-4556  Fax 814-454-4377
contact@ferguson-holdnack.com

Kerry M. Richard, Esq.
Tobin O'Connor Ewing & Richard
5335 Wisconsin Avenue NW
Suite 700
Washington, DC 20015

1/6/2006

| | |
|---|---|
| INVOICE NO. | 13930 |
| INVOICE DATE: | 1/05/2006 |
| REPORTER: | |
| Sonya Hoffman | |

ID#: 20-0500342

Lisa Brown v. Hamot Medical Center
Deposition of Lisa Brown
Civil Action No. 05-32-E

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 12/15/2005 | Original Transcript | 144.00 | 2.65 | 381.60 |
| | Condensed Transcript: No Charge | | | |
| 12/15/2005 | Attendance of Reporter | 5.50 | 25.00 | 137.50 |
| 12/15/2005 | Attendance of Reporter: Evening | 1.00 | 40.00 | 40.00 |
| 12/17/2005 | Original Transcript: Continuation | 87.00 | 2.65 | 230.55 |
| | Condensed Transcript: No Charge | | | |
| 12/17/2005 | Attendance of Reporter: Saturday | 3.50 | 40.00 | 140.00 |
| | Federal Express | 1.00 | 41.36 | 41.36 |
| | | | Sub Total | 971.01 |
| | | | Paid | 0.00 |
| | | | Balance Due | 971.01 |

**Payment Terms: Net 30 Days
Please return one copy with remittance
THANK YOU FOR YOUR BUSINESS!**



PAID  1/12/06  #5845



POSTED  1/6/06

**FERGUSON & HOLDNACK REPORTING, INC.**
357 WEST TENTH STREET
ERIE, PA 16502
814-452-4556  Fax 814-454-4377
contact@ferguson-holdnack.com

Kerry M. Richard, Esq.
Tobin O'Connor Ewing & Richard
5335 Wisconsin Avenue NW
Suite 700
Washington, DC 20015

Received 4/3/06

INVOICE NO.     14379
INVOICE DATE:   3/29/2006
REPORTER:
Carol Holdnack

ID#:  20-0500342

*Brown v. Hamot Medical Center*

Civil Action No. 05-32E

| Date | Description | Units | Rate | Amount |
|------|-------------|-------|------|--------|
| 3/16/2006 | Copy of Transcript - Lubahn, M.D. | 119.00 | 1.65 | 196.35 |
| 3/17/2006 | Copy of Transcript - Suprock, M.D. | 58.00 | 1.65 | 95.70 |
|  | Condensed Transcripts - No Charge |  |  |  |
|  | Postage & Handling | 1.00 | 7.00 | 7.00 |
|  |  |  | **Sub Total** | 299.05 |
|  |  |  | **Paid** | 0.00 |
|  |  |  | **Balance Due** | 299.05 |

**Payment Terms:  Net 30 Days**
**Please return one copy with remittance**
**THANK YOU FOR YOUR BUSINESS!**





PAID
4/3/06
#6121

PAGE   3
STATEMENT NO. 138894

ITEMIZED DISBURSEMENTS - BROWN FEDERAL COURT LITIGATION

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/22/06 | TRANSCRIPTS - - MICHAEL D. POWERS | 39.60 |
| 05/22/06 | DOCUMENT REPRODUCTION    2 copies @ .20/ea | 0.40 |
| | CURRENT DISBURSEMENTS | $40.00 |



**KNOX McLAUGHLIN GORNALL & SENNETT**

*A Professional Corporation*

Litigation • Workers' Compensation Law • Business and Tax Law • Labor and Employment Law • Real Estate Law • Estate Planning and Administration • Government and Finance • Bankruptcy and Creditors' Rights Law • Family Law

HAMOT HEALTH FOUNDATION  
201 STATE STREET  
ERIE, PA  16550  
ATTN: DANA ASHLEY

JUNE 16, 2006  
MTW  
0052620  
STATEMENT NO. 138894

JOINT ID 029-0052620

GENERAL LABOR MATTERS  
    CURRENT FEES  
    CURRENT DISBURSEMENTS                                 7.00

✱ BROWN FEDERAL COURT LITIGATION  
    CURRENT FEES  
    CURRENT DISBURSEMENTS                                 40.00

CRNA STUDENT ISSUES  
    CURRENT FEES  
    CURRENT DISBURSEMENTS                                 0.00

PETROFF EEOC CHARGE  
    CURRENT FEES  
    CURRENT DISBURSEMENTS                                 10.00

PLICHTA MATTER  
    CURRENT FEES  
    CURRENT DISBURSEMENTS                                 0.00

TOTAL CURRENT INVOICE

*OUTSTANDING BALANCE AT TIME OF BILLING*

TOTAL AMOUNT DUE

PLEASE RETURN BLUE COPY WITH YOUR PAYMENT WITHIN 30 DAYS

120 West Tenth Street • Erie, Pennsylvania 16501-1461 • 814-459-2800 • Fax 814-453-4530 • www.kmgslaw.com • Fed ID # 25-1215503