## EXHIBIT D

### Costs of Printing and Duplicating Documents

| | | |
|---|---|---|
| 2/21/2005 | Photocopying of documents | $0.40 |
| 2/28/2005 | Photocopying of documents | $12.00 |
| 3/17/2005 | Photocopying of documents | $7.20 |
| 4/4/2005 | Photocopying of documents | $12.00 |
| 4/11/2005 | Photocopying of documents | $2.20 |
| 5/3/2005 | Photocopying of documents | $12.40 |
| 6/3/2005 | Photocopying and numbering of litigation documents | $159.68 |
| 6/3/2005 | Photocopying of documents | $176.56 |
| 7/26/2005 | Photocopying and numbering of litigation documents | $280.02 |
| 8/16/2005 | Photocopying and numbering of litigation documents | $52.64 |
| 8/21/2005 | Photocopying and numbering of litigation documents | $49.36 |
| 8/30/2005 | Photocopying of documents | $109.20 |
| 2/3/2006 | Photocopying and numbering of litigation documents | $398.32 |
| 2/17/2006 | Photocopying of documents | $32.00 |
| 3/9/2006 | Photocopying of documents | $24.00 |
| 3/28/2006 | Photocopying of documents | $2.60 |
| 3/29/2006 | Photocopying of documents | $0.80 |
| 4/4/2006 | Photocopying of documents | $1.20 |
| 4/17/2006 | Photocopying of documents | $16.80 |
| 4/18/2006 | Photocopying of documents | $0.40 |
| 4/19/2006 | Photocopying of documents | $2.00 |

**EXHIBIT**

**D**

| | | |
|---|---|---|
| 4/20/2006 | Photocopying of documents | $1.00 |
| 4/21/2006 | Photocopying of documents | $6.80 |
| 5/22/2006 | Photocopying of documents | $0.40 |
| 6/5/2006 | Photocopying of documents | $5.20 |
| | **TOTAL** | **$1,364.78** |

*Statement 127880*

ITEMIZED DISBURSEMENTS - BROWN FEDERAL COURT LITIGATION

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/21/05 | PHOTOCOPIES    2 copies @ .20/ea | 0.40 |
| 02/28/05 | COURT/FILING FEE - - CLERK - U.S.DISTRICT COURT | 120.00 |
| 02/28/05 | PHOTOCOPIES   60 copies @ .20/ea | 12.00 |
| 03/17/05 | PHOTOCOPIES   36 copies @ .20/ea | 7.20 |
| 04/04/05 | PHOTOCOPIES   60 copies @ .20/ea | 12.00 |
| 04/11/05 | PHOTOCOPIES   11 copies @ .20/ea | 2.20 |
| | CURRENT DISBURSEMENTS | $153.80 |

```
HAMOT HEALTH FOUNDATION              MAY 17, 2005
201 STATE STREET                     MTW
ERIE, PA  16550                      0052620
ATTN: DANA ASHLEY                    STATEMENT NO. 127880
                                     JOINT ID 029-0052620
```

GENERAL LABOR MATTERS
    CURRENT FEES
    CURRENT DISBURSEMENTS            $802.98

BROWN EEOC CHARGE
    CURRENT FEES
    CURRENT DISBURSEMENTS            $12.58

DUNN PHRC COMPLAINT
    CURRENT FEES
    CURRENT DISBURSEMENTS            $29.40

BROWN FEDERAL COURT LITIGATION
    CURRENT FEES
    CURRENT DISBURSEMENTS            $153.80

ENDOSCOPY UNIT ISSUES
    CURRENT FEES
    CURRENT DISBURSEMENTS            $0.00

SINKKO MATTER
    CURRENT FEES
    CURRENT DISBURSEMENTS            $0.00

PETROFF TERMINATION
    CURRENT FEES
    CURRENT DISBURSEMENTS            $11.75

*Statement 128982*

ITEMIZED DISBURSEMENTS - BROWN FEDERAL COURT LITIGATION

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/03/05 | PHOTOCOPIES     62 copies @ .20/ea | 12.40 |
|  | CURRENT DISBURSEMENTS | $12.40 |

```
HAMOT HEALTH FOUNDATION              JUNE 24, 2005
201 STATE STREET                     MTW
ERIE, PA  16550                      0052620
ATTN: DANA ASHLEY                    STATEMENT NO. 128982
                                     JOINT ID 029-0052620
```

```
    GENERAL LABOR MATTERS
        CURRENT FEES
        CURRENT DISBURSEMENTS              $0.00
```



```
BROWN FEDERAL COURT LITIGATION
        CURRENT FEES
        CURRENT DISBURSEMENTS             $12.40
```

                                                          _____

```
    TOTAL DUE - PLEASE REMIT THIS AMOUNT
```

```
        PLEASE RETURN A COPY OF THIS STATEMENT WITH YOUR REMITTANCE
```



# INVOICE

| | |
|---|---|
| Invoice Number: | **5162286** |
| Invoice Date: | **06/03/05** |
| Customer ID: | |
| CliCKS W.O. Number: | 1438rn |

1424 K Street NW, Suite 200
Washington, DC 20005
202-842-3430 • Fax: 202-842-4641

| | | | |
|---|---|---|---|
| **Bill To:** Purchaser | **Tobin, O'Connor & Ewing** | Main Phone: | 362-5900 |
| | 5335 Wisconsin Ave NW Ste 700 | | |
| | Washington DC 20015-2052 | | |
| **Client Reference:** | **Hamot** | Direct Phone: | 274-1510 |

| | | | |
|---|---|---|---|
| Deliver To: | **Ziad Haddad** | Delivery Time: | **11:00  AM** |
| Delivery Instructions: | | Delivery Date: | 06/03/05 |

## WHAT WE MADE FOR YOU

| Dept | Description | Quantity | Discounted Cost Each | | Discounted Total |
|---|---|---|---|---|---|
| E | Document Numbering- 239 origs numbered | 239 @ | $0.07000 | = | $16.73 |
| D | Litigation Reproduction- 239 origs x 4 copies, staple/clip | 956 @ | $0.11000 | = | $105.16 |
| I | Delivery fee- 1 @ $30. | 1 @ | $30.00000 | = | $30.00 * |



POSTED
6/3/05

*Indicates item is tax exempt*

| | | |
|---|---|---|
| For your convenience, CliCKS accepts American Express, MasterCard, Visa and Discover.  Please call 800-776-9569 to pay by credit card. | Subtotal: | $151.89 |
| | Sales Tax: | $7.79 |

### Payment terms are 30 Days.

During this time, or during an additional 15-day grace period, the Discounted Total may be paid.  After 45 days, the Gross Total of the invoice is due, and the unpaid balance shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law, whichever is lower.  In any action taken to collect amounts due and owing to CliCKS, CliCKS shall be entitled to recover, and customer agrees to pay, CliCKS' counsel fees, including contingency fees, and costs of suit.

| | |
|---|---|
| for payment received **on or before 07/18/05** please pay **Discounted Total:** | **$159.68** |
| for payment received **after 07/18/05** please pay **Gross Total:** | **$176.56** |

X _____    Time Delivered: _____

**Please remit to:**

**CliCKS - Dept 005
320 Ft Duquesne Blvd, Ste 300
Pittsburgh, PA 15222**

Marcus Uppe, Inc. dba CliCKS    EIN: 25-1658622    20050603:DB:0840    1688    Billing questions:  800-776-9569



**CliCKS** Dept 005
320 Ft Duquesne Blvd, Ste 300
Pittsburgh, PA 15222

# STATEMENT

| Date | 6/30/05 |
|------|---------|
| Customer ID | WDC5385 |

⇑ **PLEASE REMIT TO ABOVE ADDRESS** ⇑

Attn: Accounts Payable
Tobin O'Connor & Ewing
5335 Wisconsin Ave N.W.
Suite 700
Washington          DC    20015-2052

This statement represents outstanding invoices and credits as of the statement date. Any payments which have not been fully applied will show as a credit in the Balance column. The reason for the credit is shown under the Reference column. The total due reflects the balance of all outstanding invoices and credits. Please remit the total due as shown at the bottom of the page. Thank you.

**Questions about this statement?**
1-800-776-9569

*For your convenience, CliCKS accepts American Express, MasterCard, Visa and Discover. Just call our Accounting Office at 1-800-776-9569.*

Page No.    1

| Invoice/Check Number | Date | Code | Reference | Amount | Balance |
|---|---|---|---|---|---|
| 6416 | 5/23/05 | P | Dup Payment            Check | -139.40 | -139.40 |
| 5162286 | 6/ 3/05 | I | Hamot=Z. Haddad | 176.56 | 176.56 |

POSTED

PAID

*Invoice amounts on this Statement reflect Gross Totals. As per payment terms, an early payment discount may be applicable. Refer to individual Invoices for Discounted Totals. Please call the Accounting Office at 1-800-776-9569 if you have any questions.*

| Codes | C - CR Memo  P - Payment  A - Discount  F - Finance<br>D - DR Memo  I - Invoice     Allowed     Charge | | | | **Total Due** |
|---|---|---|---|---|---|

| Current | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days | **37.16** |
|---|---|---|---|---|---|
| 176.56 | -139.40 | .00 | .00 | .00 | |

*Statements are sent as a courtesy to our customers for assistance in reconciling invoices. Prompt payment as invoices are received is appreciated. CliCKS values your business. If you have any questions or comments, please call the location nearest you, or our Accounting Office at 1-800-776-9569. Thank you.*



# INVOICE

| | |
|---|---|
| Invoice Number: | **5163438** |
| Invoice Date: | **07/26/05** |
| Customer ID: | |
| CliCKS W.O. Number: | 1230sz |

1424 K Street NW, Suite 200
Washington, DC 20005
202-842-3430 • Fax: 202-842-4641

| | | |
|---|---|---|
| Bill To: Purchaser | **Tobin, O'Connor & Ewing** 5335 Wisconsin Ave NW Ste 700 Washington DC 20015-2052 | **Tobin, O'Connor, Ewing & Richard** 5335 Wisconsin Ave., NW, #700 **Washington, DC 20015** |
| Client Reference: | **HMC** *Hamot* | Main Phone: 362-5900 Direct Phone: |

| | | | |
|---|---|---|---|
| Deliver To: | **Forrest Reed** | Delivery Time: | **11:00 AM** |
| Delivery Instructions: | *7/26/05* | Delivery Date: | 07/26/05 |

## WHAT WE MADE FOR YOU

| Dept | Description | Quantity | Discounted Cost Each | | Discounted Total |
|---|---|---|---|---|---|
| E | Document Numbering- 658 origs numbered | 658 @ | $0.07000 | = | $46.06 |
| D | Litigation Reproduction- 658 origs x 3 copies, 3 hole, d/s s/s | 1,974 @ | $0.11000 | = | $217.14 |

**PAID**
7/28/05 # 5323

\* Indicates item is tax exempt

For your convenience, CliCKS accepts American Express, MasterCard, Visa and Discover.  Please call 800-776-9569 to pay by credit card.

POSTED
7/26/05

| | |
|---|---|
| Subtotal: | $263.20 |
| Sales Tax: | $16.82 |

## Payment terms are 30 Days.

During this time, or during an additional 15-day grace period, the Discounted Total may be paid.  After 45 days, the Gross Total of the invoice is due, and the unpaid balance shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law, whichever is lower.  In any action taken to collect amounts due and owing to CliCKS, CliCKS shall be entitled to recover, and customer agrees to pay, CliCKS' counsel fees, including contingency fees, and costs of suit.

| | |
|---|---|
| for payment received **on or before 09/09/05** please pay **Discounted Total:** | **$280.02** |
| for payment received **after 09/09/05** please pay **Gross Total:** | **$309.26** |

X _____

| Time Delivered: | 11:20 |
|---|---|

Please remit to:

**CliCKS - Dept 005**
**320 Ft Duquesne Blvd, Ste 300**
**Pittsburgh, PA 15222**

Marcus Uppe, Inc. dba CliCKS    EIN: 25-1658622      20050726:DB:0830      2924      Billing questions:  800-776-9569



# INVOICE

| | |
|---|---|
| Invoice Number: | **5163914** |
| Invoice Date: | **08/16/05** |
| Customer ID: | **5385** |
| CliCKS W.O. Number: | 950db |

1424 K Street NW, Suite 200
Washington, DC 20005
202-842-3430 • Fax: 202-842-4641

Bill To / Purchaser: **Tobin, O'Connor & Ewing**
5335 Wisconsin Ave NW Ste 700
Washington DC 20015-2052

Main Phone: 202 362-5900

Client Reference: **Hamot**

Direct Phone:

Deliver To: **Forrest Reed**

Delivery Time: **10:00 AM**

Delivery Instructions:

Delivery Date: 08/16/05

## WHAT WE MADE FOR YOU

| Dept | Description | Quantity | Discounted Cost Each | | Discounted Total |
|---|---|---|---|---|---|
| E | Document Numbering~52 origs numbered | 52 @ | $0.07000 | = | $3.64 |
| D | Litigation Reproduction- 52 origs x 2 copies, staple/ clip, s/s d/s | 208 @ | $0.13000 | = | $27.04 |
| I | Postage/Shipping- $20 courier fee | 1 @ | $20.00000 | = | $20.00 * |

8/16/05  POSTED

\* Indicates item is tax exempt

For your convenience, CliCKS accepts American Express, MasterCard, Visa and Discover.  Please call 800-776-9569 to pay by credit card.



PAID
8/29/05 #5425

| | |
|---|---|
| Subtotal: | $50.68 |
| Sales Tax: | $1.96 |

## Payment terms are 30 Days.

During this time, or during an additional 15-day grace period, the Discounted Total may be paid.  After 45 days, the Gross Total of the invoice is due, and the unpaid balance shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law, whichever is lower.  In any action taken to collect amounts due and owing to CliCKS, CliCKS shall be entitled to recover, and customer agrees to pay, CliCKS' counsel fees, including contingency fees, and costs of suit.

for payment received **on or before 09/30/05**
please pay **Discounted Total:**  **$52.64**

for payment received **after 09/30/05**
please pay **Gross Total:**  **$58.27**

X _____

Time Delivered:

Please remit to:
**CliCKS - Dept 005**
**320 Ft Duquesne Blvd, Ste 300**
**Pittsburgh, PA 15222**

Marcus Uppe, Inc. dba CliCKS   EIN: 25-1658622      20050816:DB:0839      563      Billing questions: 800-776-9569



# INVOICE

| | |
|---|---|
| Invoice Number: | **5164044** |
| Invoice Date: | **08/21/05** |
| Customer ID: | **5385** |
| CliCKS W.O. Number: | 1005jg |

1424 K Street NW, Suite 200
Washington, DC 20005
202-842-3430 • Fax: 202-842-4641

| | | | |
|---|---|---|---|
| **Bill To:** **Purchaser** | **Tobin, O'Connor & Ewing** | *Main* *Phone:* | 202 362-5900 |
| | 5335 Wisconsin Ave NW Ste 700 | | |
| | Washington DC 20015-2052 | | |
| **Client** **Reference:** **51634** | *HAMOT* | *Direct* *Phone:* | |

| | | | |
|---|---|---|---|
| *Deliver To:* | **Forrest Reed** | *Delivery* *Time:* | **11:00 AM** |
| *Delivery* *Instructions:* | | *Delivery* *Date:* | 08/21/05 |

## WHAT WE MADE FOR YOU

| <u>Dept</u> | <u>Description</u> | <u>Quantity</u> | <u>Discounted Cost Each</u> | | <u>Discounted Total</u> |
|---|---|---|---|---|---|
| E | Document Numbering- 60 origs numbered | 60 @ | $0.07000 | = | $4.20 |
| D | Litigation Reproduction- 60 origs x3 copies, staple/ clip | 180 @ | $0.13000 | = | $23.40 |
| I | Postage/Shipping- $20 delivery fee | 1 @ | $20.00000 | = | $20.00 * |



PAID
9/13/05
# 5483



POSTED
9/8/05

\* *Indicates item is tax exempt*

---

*For your convenience, CliCKS accepts American Express, MasterCard, Visa and Discover. Please call 800-776-9569 to pay by credit card.*

| | |
|---|---|
| Subtotal: | $47.60 |
| Sales Tax: | $1.76 |

### Payment terms are 30 Days.
During this time, or during an additional 15-day grace period, the Discounted Total may be paid. After 45 days, the Gross Total of the invoice is due, and the unpaid balance shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law, whichever is lower. In any action taken to collect amounts due and owing to CliCKS, CliCKS shall be entitled to recover, and customer agrees to pay, CliCKS' counsel fees, including contingency fees, and costs of suit.

| | |
|---|---|
| *for payment received* **on or before 10/05/05** *please pay* **Discounted Total:** | **$49.36** |
| *for payment received* **after 10/05/05** *please pay* **Gross Total:** | **$54.65** |

| | | |
|---|---|---|
| X | *Time Delivered:* | **Please remit to:** **CliCKS - Dept 005** **320 Ft Duquesne Blvd, Ste 300** **Pittsburgh, PA 15222** |

Marcus Uppe, Inc. dba CliCKS    EIN: 25-1658622    20050821:DB:1309    529    Billing questions: 800-776-9569



**CliCKS** CliCKS Dept 005
320 Ft Duquesne Blvd, Ste 300
Pittsburgh, PA 15222

# STATEMENT

| Date | 8/31/05 |
|---|---|
| Customer ID | WDC5385 |

⇑ **PLEASE REMIT TO ABOVE ADDRESS** ⇑

This statement represents outstanding invoices
and credits as of the statement date. Any payments
which have not been fully applied will show as a
credit in the Balance column. The reason for the
credit is shown under the Reference column. The
total due reflects the balance of all outstanding
invoices and credits. Please remit the total due as
shown at the bottom of the page. Thank you.

**Questions about this statement?**
**1-800-776-9569**

Attn: Accounts Payable
Tobin O'Connor & Ewing
5335 Wisconsin Ave N.W.
Suite 700
Washington          DC    20015-2052

*For your convenience, CliCKS accepts American Express, MasterCard, Visa*
*and Discover. Just call our Accounting Office at 1-800-776-9569.*

Page No.    1

| Invoice/Check Number | Date | Code | Reference | Amount | Balance |
|---|---|---|---|---|---|
| 5164044 | 8/21/05 | I | 51634=F. Reed | 54.65 | 54.65 |

*Invoice amounts on this Statement reflect Gross Totals. As per payment terms, an early payment discount may be applicable. Refer*
*to individual Invoices for Discounted Totals. Please call the Accounting Office at 1-800-776-9569 if you have any questions.*

| Codes | C - CR Memo   P - Payment   A - Discount   F - Finance<br>D - DR Memo   I - Invoice   Allowed   Charge | | | | **Total Due** | |
|---|---|---|---|---|---|---|
| Current | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days | | **54.65** |
| 54.65 | .00 | .00 | .00 | .00 | | |

*Statements are sent as a courtesy to our customers for assistance in reconciling invoices. Prompt payment as invoices are received*
*is appreciated. CliCKS values your business. If you have any questions or comments, please call the location nearest you, or our*
*Accounting Office at 1-800-776-9569. Thank you.*

*Statement 13/19*

ITEMIZED DISBURSEMENTS - BROWN FEDERAL COURT LITIGATION

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 08/30/05 | DOCUMENT REPRODUCTION | 546 copies @ .20/ea | 109.20 |
| | CURRENT DISBURSEMENTS | | $109.20 |

HAMOT HEALTH FOUNDATION                      SEPTEMBER 22, 2005
201 STATE STREET                             MTW
ERIE, PA  16550                              0052620
ATTN: DANA ASHLEY                            STATEMENT NO. 131190
                                             JOINT ID 029-0052620


GENERAL LABOR MATTERS
       CURRENT FEES
       CURRENT DISBURSEMENTS                        $3.00

BROWN FEDERAL COURT LITIGATION
       CURRENT FEES
       CURRENT DISBURSEMENTS                      $109.20

CRNA STUDENT ISSUES
       CURRENT FEES
       CURRENT DISBURSEMENTS                        $0.00

PETROFF EEOC CHARGE
       CURRENT FEES
       CURRENT DISBURSEMENTS                        $0.00
                                             _____

TOTAL DUE - PLEASE REMIT THIS AMOUNT


PLEASE RETURN A COPY OF THIS STATEMENT WITH YOUR REMITTANCE



# CliCKS

# INVOICE

| | |
|---|---|
| Invoice Number: | **5168133** |
| Invoice Date: | **02/03/06** |
| Customer ID: | **5385** |
| CliCKS W.O. Number: | 918MG |

1120 Connecticut Avenue NW, Suite B-100
Washington, DC 20036
202-842-3430 • Fax: 202-842-4641

**Bill To:**
**Purchaser**

**Tobin, O'Connor & Ewing**
5335 Wisconsin Ave NW Ste 700
Washington DC 20015-2052

**Client Reference:** **51634**

*received*
*2/3/2006*

**Main Phone:** 202 362-5900

**Direct Phone:**

**Deliver To:** **Forrest Reed**

**Delivery Instructions:** one box    *HAMOT*

**Delivery Time:** **12:00 PM**

**Delivery Date:** 02/03/06

## WHAT WE MADE FOR YOU

| Dept | Description | Quantity | Discounted Cost Each | | Discounted Total |
|---|---|---|---|---|---|
| E | Document Numbering, Numbering of orig's, special label, total pages numbered | 2,340 @ | $0.05000 | = | $117.00 |
| D | Litigation Reproduction, med lit, small staple / clip sets, as is, 2340 orig's x one set | 2,340 @ | $0.11000 | = | $257.40 |

**PAID** 2/3/06     *POSTED* 2/3/06

\* Indicates item is tax exempt

*For your convenience, CliCKS accepts American Express, MasterCard, #5939 Visa and Discover. Please call 800-776-9569 to pay by credit card.*

| | |
|---|---|
| Subtotal: | $374.40 |
| Sales Tax: | $23.92 |

### Payment terms are 30 Days.

During this time, or during an additional 15-day grace period, the Discounted Total may be paid. After 45 days, the Gross Total of the invoice is due, and the unpaid balance shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law, whichever is lower. In any action taken to collect amounts due and owing to CliCKS, CliCKS shall be entitled to recover, and customer agrees to pay, CliCKS' counsel fees, including contingency fees, and costs of suit.

*for payment received* **on or before 03/20/06** *please pay* **Discounted Total:**    **$398.32**

*for payment received* **after 03/20/06** *please pay* **Gross Total:**    **$439.92**

5385
5168133

X

**Time Delivered:**

**Please remit to:**

CliCKS - Dept 005
320 Ft Duquesne Blvd, Ste 300
Pittsburgh, PA 15222

Marcus Uppe, Inc. dba CliCKS    EIN: 25-1658622    20060203:RN:0734    4160 m    Billing questions: 800-776-9569

PAGE   4
STATEMENT NO. 136405

ITEMIZED DISBURSEMENTS - BROWN FEDERAL COURT LITIGATION

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/17/06  DOCUMENT REPRODUCTION | 160 copies @ .20/ea | 32.00 |
| CURRENT DISBURSEMENTS | | $32.00 |



**KNOX
McLAUGHLIN
GORNALL
& SENNETT**

*A Professional Corporation*

Litigation ♦ Workers' Compensation Law ♦ Business and Tax Law ♦ Labor and Employment Law ♦
Real Estate Law ♦ Estate Planning and Administration ♦ Government and Finance ♦
Bankruptcy and Creditors' Rights Law ♦ Family Law

HAMOT HEALTH FOUNDATION
201 STATE STREET
ERIE, PA 16550
ATTN: DANA ASHLEY

MARCH 15, 2006
MTW
0052620
STATEMENT NO. 136405

JOINT ID 029-0052620

---

GENERAL LABOR MATTERS
    CURRENT FEES
    CURRENT DISBURSEMENTS          0.00


DUNN PHRC COMPLAINT
    CURRENT FEES
    CURRENT DISBURSEMENTS          0.00


BROWN FEDERAL COURT LITIGATION
    CURRENT FEES
    CURRENT DISBURSEMENTS          32.00


TIGHE PHRC COMPLAINT
    CURRENT FEES
    CURRENT DISBURSEMENTS          0.00


GREEN TERMINATION
    CURRENT FEES
    CURRENT DISBURSEMENTS          0.00

---

TOTAL CURRENT INVOICE

*OUTSTANDING BALANCE AT TIME OF BILLING*


TOTAL AMOUNT DUE

PLEASE RETURN BLUE COPY WITH YOUR PAYMENT

---

120 West Tenth Street ♦ Erie, Pennsylvania 16501-1461 ♦ 814-459-2800 ♦ Fax 814-453-4530 ♦ www.kmgslaw.com ♦ Fed ID # 25-1215503

PAGE   7
STATEMENT NO. 137606

HAMOT HEALTH FOUNDATION

ITEMIZED DISBURSEMENTS - BROWN FEDERAL COURT LITIGATION

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/09/06 | DOCUMENT REPRODUCTION   120 pages @ .20/ea | 24.00 |
| 03/28/06 | DOCUMENT REPRODUCTION    13 pages @ .20/ea | 2.60 |
| 03/29/06 | DOCUMENT REPRODUCTION     4 pages @ .20/ea | 0.80 |
| 03/29/06 | LONG DISTANCE FAX; 202-362-5901; 1 page @ $3.00, 2 pages @ 2.00/ea | 7.00 |
| 03/29/06 | LONG DISTANCE FAX; 412-227-5551; 1 page @ $3.00; 2 pages @ 2.00/ea | 7.00 |
| | CURRENT DISBURSEMENTS | $41.40 |



**KNOX McLAUGHLIN GORNALL & SENNETT**

*A Professional Corporation*

Litigation ♦ Workers' Compensation Law ♦ Business and Tax Law ♦ Labor and Employment Law ♦ Real Estate Law ♦ Estate Planning and Administration ♦ Government and Finance ♦ Bankruptcy and Creditors' Rights Law ♦ Family Law

HAMOT HEALTH FOUNDATION
201 STATE STREET
ERIE, PA  16550
ATTN: DANA ASHLEY

APRIL 27, 2006
MTW
0052620
STATEMENT NO. 137606

JOINT ID 029-0052620

GENERAL LABOR MATTERS
     CURRENT FEES
     CURRENT DISBURSEMENTS       160.40

BROWN FEDERAL COURT LITIGATION
     CURRENT FEES
     CURRENT DISBURSEMENTS       41.40

TIGHE PHRC COMPLAINT
     CURRENT FEES
     CURRENT DISBURSEMENTS       0.00

GREEN TERMINATION
     CURRENT FEES
     CURRENT DISBURSEMENTS       0.00

TOTAL CURRENT INVOICE

*OUTSTANDING BALANCE AT TIME OF BILLING*

TOTAL AMOUNT DUE

PLEASE RETURN BLUE COPY WITH YOUR PAYMENT WITHIN 30 DAYS



**KNOX McLAUGHLIN GORNALL & SENNETT**

*A Professional Corporation*

*Litigation • Workers' Compensation Law • Business and Tax Law • Labor and Employment Law •*
*Real Estate Law • Estate Planning and Administration • Government and Finance •*
*Bankruptcy and Creditors' Rights Law • Family Law*

HAMOT HEALTH FOUNDATION
201 STATE STREET
ERIE, PA  16550
ATTN: DANA ASHLEY

MAY 8, 2006
MTW
0052620
STATEMENT NO. 137915

JOINT ID 029-0052620

GENERAL LABOR MATTERS
        CURRENT FEES
        CURRENT DISBURSEMENTS                          202.25

BROWN FEDERAL COURT LITIGATION
        CURRENT FEES
        CURRENT DISBURSEMENTS                           51.20

TOTAL CURRENT INVOICE

*OUTSTANDING BALANCE AT TIME OF BILLING*

TOTAL AMOUNT DUE

PLEASE RETURN BLUE COPY WITH YOUR PAYMENT WITHIN 30 DAYS

120 West Tenth Street • Erie, Pennsylvania 16501-1461 • 814-459-2800 • Fax 814-453-4530 • www.kmgslaw.com • Fed ID # 25-1215503

PAGE   6
STATEMENT NO. 137915

ITEMIZED DISBURSEMENTS - BROWN FEDERAL COURT LITIGATION

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/04/06 | DOCUMENT REPRODUCTION 6 copies @ .20/ea | 1.20 |
| 04/17/06 | DOCUMENT REPRODUCTION 84 copies @ .20/ea | 16.80 |
| 04/18/06 | DOCUMENT REPRODUCTION 2 copies @ .20/ea | 0.40 |
| 04/19/06 | DOCUMENT REPRODUCTION 10 copies @ .20/ea | 2.00 |
| 04/19/06 | LONG DISTANCE FAX; 412-227-5551; 1 page @ $3.00, 3 pages @ 2.00/ea | 9.00 |
| 04/19/06 | LOCAL FAX; 877-7590; 1 page @ $2.00, 3 pages @ 1.00/ea | 5.00 |
| 04/19/06 | LONG DISTANCE FAX; 202-362-5901; 1 page @ $3.00, 3 pages @ 2.00/ea | 9.00 |
| 04/20/06 | DOCUMENT REPRODUCTION 5 copies @ .20/ea | 1.00 |
| 04/21/06 | DOCUMENT REPRODUCTION 34 copies @ .20/ea | 6.80 |

CURRENT DISBURSEMENTS                                       $51.20

PAGE   3
STATEMENT NO. 138894

ITEMIZED DISBURSEMENTS - BROWN FEDERAL COURT LITIGATION

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/22/06 | TRANSCRIPTS - - MICHAEL D. POWERS | 39.60 |
| 05/22/06 | DOCUMENT REPRODUCTION      2 copies @ .20/ea | 0.40 |
|  | CURRENT DISBURSEMENTS | $40.00 |



**KNOX McLAUGHLIN GORNALL & SENNETT**

*A Professional Corporation*

*Litigation ♦ Workers' Compensation Law ♦ Business and Tax Law ♦ Labor and Employment Law ♦ Real Estate Law ♦ Estate Planning and Administration ♦ Government and Finance ♦ Bankruptcy and Creditors' Rights Law ♦ Family Law*

```
HAMOT HEALTH FOUNDATION              JUNE 16, 2006
201 STATE STREET                     MTW
ERIE, PA  16550                      0052620
ATTN: DANA ASHLEY                    STATEMENT NO. 138894

                                     JOINT ID 029-0052620
```

GENERAL LABOR MATTERS
    CURRENT FEES
    CURRENT DISBURSEMENTS             7.00

BROWN FEDERAL COURT LITIGATION
    CURRENT FEES
    CURRENT DISBURSEMENTS        40.00

CRNA STUDENT ISSUES
    CURRENT FEES
    CURRENT DISBURSEMENTS        0.00

PETROFF EEOC CHARGE
    CURRENT FEES
    CURRENT DISBURSEMENTS      10.00

PLICHTA MATTER
    CURRENT FEES
    CURRENT DISBURSEMENTS      0.00

TOTAL CURRENT INVOICE

*OUTSTANDING BALANCE AT TIME OF BILLING*

TOTAL AMOUNT DUE

                    PLEASE RETURN BLUE COPY WITH YOUR PAYMENT WITHIN 30 DAYS

PAGE    4
STATEMENT NO. 139315

ITEMIZED DISBURSEMENTS - BROWN FEDERAL COURT LITIGATION

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/05/06 DOCUMENT REPRODUCTION    26 copies @ .20/ea | | 5.20 |
| CURRENT DISBURSEMENTS | | $5.20 |



## KNOX McLAUGHLIN GORNALL & SENNETT

*A Professional Corporation*

Litigation ♦ Workers' Compensation Law ♦ Business and Tax Law ♦ Labor and Employment Law ♦
Real Estate Law ♦ Estate Planning and Administration ♦ Government and Finance ♦
Bankruptcy and Creditors' Rights Law ♦ Family Law

HAMOT HEALTH FOUNDATION
201 STATE STREET
ERIE, PA 16550
ATTN: DANA ASHLEY

JULY 7, 2006
MTW
0052620
STATEMENT NO. 139315

JOINT ID 029-0052620

GENERAL LABOR MATTERS
  CURRENT FEES
  CURRENT DISBURSEMENTS      3.00

BROWN FEDERAL COURT LITIGATION
  CURRENT FEES
  CURRENT DISBURSEMENTS      5.20

CRNA STUDENT ISSUES
  CURRENT FEES
  CURRENT DISBURSEMENTS      0.00

TIGHE PHRC COMPLAINT
  CURRENT FEES
  CURRENT DISBURSEMENTS      5.00

TOTAL CURRENT INVOICE

*OUTSTANDING BALANCE AT TIME OF BILLING*

TOTAL AMOUNT DUE

PLEASE RETURN BLUE COPY WITH YOUR PAYMENT WITHIN 30 DAYS