| | OFFICE OF THE CLERK | |
|---|---|---|
| MARCIA M. WALDRON | **UNITED STATES COURT OF APPEALS** | TELEPHONE |
| CLERK | FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA 19106-1790 | 215-299-(4923) |
| | Website: http://www.ca3.uscourts.gov | |

February 20, 2008

## NOTICE OF DOCKETING OF APPEAL

### In Re: Brown v. Hamot Medical Ctr
### D.C. No. 05-cv-00032

**(Honorable Judge Maurice B. Cohill, Jr.)**

An appeal by **Lisa Brown** filed in the above-caption case on 2/1/08, and docketed in this Court on 2/20/08, at No. **08-1393**.

Kindly use the Appeals Docket No. **08-1393** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Please notify Case Manager **Charlene Crisden** at Charlene_Crisden@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**