UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
700 GRANT STREET
PITTSBURGH, PA 15219
www.pawd.uscourts.gov

ROBERT V. BARTH, JR.
CLERK OF COURT
412-208-7500

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

February 21, 2008

Ziad P. Haddad, Esq.
Tobin O'Connor Ewing & Richard
5335 Wisconsin Avenue, NW
Suite 700
Washington, DC 20015

Re: **BROWN v. HAMOT MEDICAL CENTER**
**Civil Action No. 1:05-cv-32 Erie**

Dear Mr. Haddad,

After a review of the record in the above case, and the plaintiff having filed a Notice of Appeal to the United States Court of Appeals for the Third Circuit, no action will be taken on your Bill of Costs until disposition of the appeal.

Please advise me when and if the appeal has been affirmed and the mandate filed in the district court, and then a deadline will be established for the plaintiff to file her objections.

Sincerely,

*R.V. Barth, J.*

Robert V. Barth, Jr.

cc: counsel